IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | Civil Action No. _____ |

## PLAINTIFFS' FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Ortho-McNeil, Inc. hereby state as follows:

1. Ortho-McNeil, Inc. is a New Jersey corporation. Ortho-McNeil, Inc. has one parent corporation, Johnson and Johnson, a public company, which owns more than 10% of Ortho-McNeil's stock.

3385202_1

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiff*
 *Ortho-McNeil, Inc.*

May 8, 2007

3385202_1