IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PURDUE PHARMA PRODUCTS L.P., )
NAPP PHARMACEUTICAL GROUP LTD., )
BIOVAIL LABORATORIES INTERNATIONAL )
SRL, and ORTHO-MCNEIL, INC., )
)
Plaintiffs, )
) C.A. No. _____
v. )
)
PAR PHARMACEUTICAL, INC. and )
PAR PHARMACEUTICAL COMPANIES, INC., )
)
Defendants. )

**PLAINTIFF BIOVAIL LABORATORIES INTERNATIONAL SRL'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Biovail Laboratories International SRL states as follows:

Biovail Laboratories International SRL is a corporation organized under the laws of the country of Barbados. Biovail Laboratories International SRL is wholly owned by Biovail Corporation, a Canadian corporation. Biovail Corporation has no parent corporation and no publicly held corporation owns more than 10% of its stock.

May 9, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
Attorneys for Plaintiff,
Biovail Laboratories International SRL

659548-1