# UNITED STATES DISTRICT COURT

District of Delaware

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br> Defendants. | **SUMMONS IN A CIVIL CASE** <br><br> **CIVIL ACTION NO.:**   0 7 - 2 5 5 |

TO:   Par Pharmaceutical, Inc.
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address):

| | | |
|---|---|---|
| Jack B. Blumenfeld, Esq. <br> Rodger D. Smith II, Esq. <br> Morris, Nichols, Arsht & Tunnell LLP <br> 1201 N. Market Street <br> Wilmington, DE  19801 <br> (302) 658-9200 | Richard D. Kirk, Esq. <br> The Bayard Firm <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE  19899-5130 <br> (302) 429-4208 | Mary W. Bourke, Esq. <br> Connolly Bove Lodge & Hutz LLP <br> The Nemours Building <br> 1007 N. Orange Street <br> Wilmington, DE  19801 <br> (302) 658-9141 |

an answer to the complaint which is served upon you with this summons, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                    5/9/07
CLERK                                                                   DATE

*E Strickler* (signature)
(By) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/10/07 |
| NAME OF SERVER *(PRINT)* Thomas Lyle | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served

☑ Name of person with whom the summons and complaint were left:
Mary T. Drummond

☐ Returned un executed:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:   5/10/07         *Thomas Lyle*
               Date            Signature and Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure
821636.1