IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>Defendants. | C.A. No. 07-255 (JJF)<br>C.A. No. 07-414 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Purdue's First Set of Requests for Production of Documents and Things (Nos. 1-63)* were caused to be served on August 23, 2007, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                           *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Edgar H. Haug, Esquire                                        *VIA ELECTRONIC MAIL*
Robert E. Colletti, Esquire                                    *and HAND DELIVERY*
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY  10151

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II (#3778)*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Plaintiffs*
  *Purdue Pharma Products L.P.*
  *and Napp Pharmaceutical Group Ltd.*

OF COUNSEL:

Robert J. Goldman
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

Herbert F. Schwartz
Richard A. Inz
Sona De
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

August 23, 2007

1219451.1

## CERTIFICATE OF SERVICE

  I hereby certify that on August 23, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

    Frederick L. Cottrell, III, Esquire
    Steven J. Fineman, Esquire
    Richards, Layton & Finger, P.A.

    Richard D. Kirk, Esquire
    The Bayard Firm

    Mary W. Bourke, Esquire
    Connolly Bove Lodge & Hutz LLP

  I further certify that I caused to be served copies of the foregoing document on August 23, 2007, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mary W. Bourke, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

            */s/ Rodger D. Smith II (#3778)*
            Rodger D. Smith II (I.D. #3778)