IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | C.A. No. 07-255 (JJF) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Robert J. Goldman, Ropes & Gray LLP, 525 University Avenue, Suite 300, Palo Alto, CA 94301, and Richard A. Inz, Pablo D. Hendler and Sona De, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036 to represent plaintiffs Purdue Pharma Products L.P. and Napp Pharmaceutical Group Ltd. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Plaintiffs Purdue Pharma*
  *Products L.P. and Napp Pharmaceutical*
  *Group Ltd.*

September 5, 2007
824265

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 5/26/07

Robert J. Goldman
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301
(650) 617-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: _May 18, 2007_

Richard A. Inz
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 5/18/07

Pablo D. Hendler
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9340

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: _May 18, 2007_

_____

Sona De
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Steven J. Fineman, Esquire
> Richards, Layton & Finger, P.A.
>
> Richard D. Kirk, Esquire
> The Bayard Firm
>
> Mary W. Bourke, Esquire
> Connolly Bove Lodge & Hutz LLP

I further certify that I caused to be served copies of the foregoing document on September 5, 2007, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                 *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire                          *and HAND DELIVERY*
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Edgar H. Haug, Esquire                              *VIA ELECTRONIC MAIL*
Robert E. Colletti, Esquire                         *and FIRST CLASS MAIL*
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY  10151

Richard D. Kirk, Esquire                            *VIA ELECTRONIC MAIL*
The Bayard Firm                                     *and HAND DELIVERY*
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Mary W. Bourke, Esquire                             *VIA ELECTRONIC MAIL*
Connolly Bove Lodge & Hutz LLP                      *and HAND DELIVERY*
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)