UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., <br> NAPP PHARMACEUTICAL GROUP LTD., <br> BIOVAIL LABORATORIES INTERNATIONAL, <br> SLR, and ORTHO-MCNEIL, INC., <br>     Plaintiffs, <br> <br> v. <br> <br> PAR PHARMACEUTICAL, INC. and <br> PAR PHARMACEUTICAL COMPANIES, INC., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 07-255 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Christopher E. Jeffers to represent Plaintiff Ortho-McNeil, Inc. in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

                                        Respectfully submitted,

                                        By: */s/ Mary W. Bourke*
                                              Mary W. Bourke (#2356)
                                        CONNOLLY BOVE LODGE & HUTZ, LLP
                                        1007 North Orange Street
                                        P.O. Box 2207
                                        Wilmington, DE  19899
                                        302-658-9141
                                        *Attorneys for Plaintiff Ortho-McNeil, Inc.*

DATED: October 18, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____                                        _____
                                                            United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., <br> NAPP PHARMACEUTICAL GROUP LTD., <br> BIOVAIL LABORATORIES <br> INTERNATIONAL, <br> SLR, and ORTHO-MCNEIL, INC., <br> Plaintiffs, <br> <br> v. <br> <br> PAR PHARMACEUTICAL, INC. and <br> PAR PHARMACEUTICAL COMPANIES, INC., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-255 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Certification.

Dated: 18OCT07

Christopher E. Jeffers
CONNOLLY BOVE LODGE & HUTZ LLP
1875 Eye Street NW, 11th Floor
Washington, DC 20006
(202) 331-7111
*Attorneys for Plaintiff Ortho-McNeil, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>Richards, Layton & Finger, P.A. | Richard D. Kirk, Esquire<br>The Bayard Firm |

I hereby certify that on October 18, 2007, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

| | |
|---|---|
| **BY ELECTRONIC MAIL**<br>Edgar H. Haug<br>Daniel G. Brown<br>Robert E. Colletti<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, New York 10121<br>(212) 588-0800<br>ehaug@flhlaw.com<br>dbrown@flhlaw.com<br>rcolletti@flhlaw.com<br><br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com<br>Steve J. Fineman (#4025)<br>fineman@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br><br>Herbert F. Schwartz<br>Richard A. Inz<br>Sona De<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Herbert.schwartz@ropesgray.com<br>Richard.inz@ropesgray.com<br>Sona.de@ropesgray.com | **BY ELECTRONIC MAIL**<br>Jack B. Blumenfeld, Esquire<br>Rodger D. Smith II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>Robert J. Goldman, Esquire<br>Ropes & Gray LLP<br>525 University Avenue<br>Suite 300<br>Palo Alto, California 94310<br>Robert.goldman@ropesgray.com<br><br>Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com |

September 27, 2007

By: /s/ *Mary W. Bourke*
Mary W. Bourke
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801
(302)658-9141
*mbourke@cblh.com*

570700