UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **PURDUE PHARMA PRODUCTS L.P.,** )<br>**NAPP PHARMACEUTICAL GROUP LTD.,** )<br>**BIOVAIL LABORATORIES INTERNATIONAL,** )<br>**SLR, and ORTHO-MCNEIL, INC.,** )<br>    Plaintiffs, )<br>)<br>        v. )<br>)<br>**PAR PHARMACEUTICAL, INC. and** )<br>**PAR PHARMACEUTICAL COMPANIES, INC.,** )<br>    Defendants. ) | C.A. No. 07-414<br>C.A. No. 07-255 |

## NOTICE OF SERVICE

The undersigned here by certifies that copies of **PLAINTIFF ORTHO-MCNEIL, INC. FIRST SET OF INTERROGATORIES TO DEFENDANT (NOS. 1-8)** was caused to be served on November 16th in the manner indicated:

| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
|---|---|
| Edgar H. Haug | Jack B. Blumenfeld, Esquire |
| Daniel G. Brown | Rodger D. Smith II, Esquire |
| Robert E. Colletti | Morris, Nichols, Arsht & Tunnell LLP |
| FROMMER LAWRENCE & HAUG LLP | 1201 North Market Street |
| 745 Fifth Avenue | P.O. Box 1347 |
| New York, New York 10121 | Wilmington, DE 19899-1347 |
| (212) 588-0800 | jblumenfeld@mnat.com |
| ehaug@flhlaw.com | rsmith@mnat.com |
| dbrown@flhlaw.com | |
| rcolletti@flhlaw.com | Robert J. Goldman, Esquire |
| | Ropes & Gray LLP |
| Frederick L. Cottrell, III (#2555) | 525 University Avenue |
| Steve J. Fineman (#4025) | Suite 300 |
| Richards, Layton & Finger | Palo Alto, California 94310 |
| One Rodney Square | Robert.goldman@ropesgray.com |
| P.O. Box 551 | |
| Wilmington, DE 19899 | Richard D. Kirk, Esquire |
| (302) 651-7700 | The Bayard Firm |
| Cottrell@rlf.com | 222 Delaware Avenue, Suite 900 |
| fineman@rlf.com | P.O. Box 25130 |
| | Wilmington, DE 19899-5130 |
| | rkirk@bayardfirm.com |
| | |
| | Herbert F. Schwartz |
| | Richard A. Inz |
| | Sona De |
| | Ropes & Gray LLP |
| | 1211 Avenue of the Americas |
| | New York, New York 10036 |
| | Herbert.schwartz@ropesgray.com |
| | Richard.inz@ropesgray.com |
| | Sona.de@ropesgray.com |

Respectfully submitted,

By: */s/ Mary W. Bourke*
     Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
302-658-9141
*Attorneys for Plaintiff Ortho-McNeil, Inc.*

DATED: November 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the following:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>Richards, Layton & Finger, P.A. | Richard D. Kirk, Esquire<br>The Bayard Firm |

I further certify that I caused to be served copies of the foregoing document on November 16, 2007, via electronic mail:

| **BY ELECTRONIC MAIL**<br>Edgar H. Haug<br>Daniel G. Brown<br>Robert E. Colletti<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, New York 10121<br>(212) 588-0800<br>ehaug@flhlaw.com<br>dbrown@flhlaw.com<br>rcolletti@flhlaw.com<br><br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com<br>Steve J. Fineman (#4025)<br>fineman@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br><br>Herbert F. Schwartz<br>Richard A. Inz<br>Sona De<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Herbert.schwartz@ropesgray.com<br>Richard.inz@ropesgray.com<br>Sona.de@ropesgray.com | **BY ELECTRONIC MAIL**<br>Jack B. Blumenfeld, Esquire<br>Rodger D. Smith II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>Robert J. Goldman, Esquire<br>Ropes & Gray LLP<br>525 University Avenue<br>Suite 300<br>Palo Alto, California 94310<br>Robert.goldman@ropesgray.com<br><br>Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com |
|---|---|

November 16, 2007                    By: */s/ Mary W. Bourke*
                                                                       Mary W. Bourke
                                                                       Connolly Bove Lodge & Hutz LLP
                                                                       1007 North Orange Street
                                                                       Wilmington, DE 19801
                                                                       (302)658-9141
                                                                       *mbourke@cblh.com*