**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs/Counterclaim-defendants, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants/Counterclaim-plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. Nos.   07-255 (JJF) <br> (Consolidated) <br> 07-666 (JJF) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Purdue's First Set of Interrogatories to Defendants* were caused to be served on November 26, 2007, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

*VIA ELECTRONIC MAIL
and HAND DELIVERY*

Richard D. Kirk, Esquire
THE BAYARD FIRM
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

*VIA ELECTRONIC MAIL
and HAND DELIVERY*

Mary W. Bourke, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

*VIA ELECTRONIC MAIL
and HAND DELIVERY*

Edgar H. Haug, Esquire                                    *VIA ELECTRONIC MAIL*
Robert E. Colletti, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151


                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    Jack B. Blumenfeld (#1014)
                                    Rodger D. Smith II (#3778)
                                    1201 N. Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19899-1347
                                    (302) 658-9200
                                    jblumenfeld@mnat.com
                                    rsmith@mnat.com
                                    *Attorneys for Plaintiffs*
                                      *Purdue Pharma Products L.P.*
                                      *and Napp Pharmaceutical Group Ltd.*

*Of Counsel*:

Robert J. Goldman
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

Herbert F. Schwartz
Richard A. Inz
Sona De
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000


November 26, 2007

1219451.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, I electronically filed the foregoing

with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

Frederick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.

Richard D. Kirk, Esquire
THE BAYARD FIRM

Mary W. Bourke, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on

November 26, 2007, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                              *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire                                      *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801

Richard D. Kirk, Esquire                                         *VIA ELECTRONIC MAIL*
THE BAYARD FIRM                                                 *and HAND DELIVERY*
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Mary W. Bourke, Esquire                                         *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP                                  *and HAND DELIVERY*
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

Edgar H. Haug, Esquire                                          *VIA ELECTRONIC MAIL*
Robert E. Colletti, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

_____
Jack B. Blumenfeld (#1014)