IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
                                                                  :
**PURDUE PHARMA PRODUCTS L.P.,**                                  :
**NAPP PHARMACEUTICAL GROUP LTD.,**                               :
**BIOVAIL LABORATORIES INTERNATIONAL**                            :
**SRL, and ORTHO-MCNEIL, INC.,**                                  :
                                                                  :
    **Plaintiffs,**                           :
                                                                  :
    v.                                        : C.A. No. 07-255-JJF
                                                                  :
**PAR PHARMACEUTICAL, INC. and**                                  :
**PAR PHARMACEUTICAL COMPANIES, INC.,**                           :
                                                                  :
    **Defendants.**                           :
------------------------------------------------------------------x

## NOTICE OF SERVICE

    PLEASE TAKE NOTICE that true and correct copies of Defendants' Contention Interrogatories to Purdue Pharma Products L.P. were caused to be served on December 7, 2007 on counsel of record at the addresses and in the manner indicated:

| **VIA HAND DELIVERY** | **VIA HAND DELIVERY** |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Rodger D. Smith II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130 |

**VIA HAND DELIVERY**

Mary W. Bourke, Esquire
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

|  |  |
|---|---|
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| Robert J. Goldman, Esquire | Herbert F. Schwartz |
| Ropes & Gray LLP | Richard A. Inz |
| 525 University Avenue | Sona De |
| Suite 300 | Ropes & Gray LLP |
| Palo Alto, California 94310 | 1211 Avenue of the Americas |
|  | New York, New York 10036 |

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Of Counsel:

Edgar H. Haug
Daniel G. Brown
Robert E. Colletti
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

*Attorneys for Par Pharmaceutical Companies, Inc., and Par Pharmaceutical, Inc.*

Dated: December 7, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Mary W. Bourke, Esquire
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on December 7, 2007, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

Robert J. Goldman, Esquire
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, California 94310

Herbert F. Schwartz
Richard A. Inz
Sona De
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036

Steven J. Fineman (#4025)
fineman@rlf.com