IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS, L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL SRL, and ORTHO-MCNEIL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC., and PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>Defendants. | Civil Action No. 07-255-JJF<br>Civil Action No. 07-414-JJF<br>Civil Action No. 07-666-JJF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 4, 2008, copies of (1) **BIOVAIL LABORATORIES INTERNATIONAL SRL'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)(A) and (2) this NOTICE OF SERVICE**

were served as shown:

**By email and by hand delivery:**

Mary Bourke, Esquire
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Frederick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Rodger D. Smith, II, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

661451-1

**By email and by first class mail:**

Edgar H. Haug, Esquire
Robert E. Colletti, Esquire
Frommer, Lawrence & Haug L.L.P.
745 Fifth Avenue
New York, NY 10151

Robert Goldman, Esquire
Linda Rost, Esquire
Tom Wang, Esquire
Ropes & Gray
525 University Avenue
Suite 300
Palo Alto, CA 94301

Christopher Jeffers, Esquire
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, DC 20036

Herbert Schwartz, Esquire
Richard Inz, Esquire
Sona De, Esquire
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036

January 4, 2008

BAYARD

/s/ Richard D. Kirk(rk0922)
Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Plaintiff
BIOVAIL LABORATORIES
INTERNATIONAL SRL

661451-1