IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
**PURDUE PHARMA PRODUCTS L.P.,** :
**NAPP PHARMACEUTICAL GROUP LTD.,** :
**BIOVAIL LABORATORIES INTERNATIONAL** :
**SRL, and ORTHO-MCNEIL, INC.,** :
:
**Plaintiffs,** :
:
:
v.  : C.A. No. 07-255-JJF
: C.A. No. 07-666-JJF
:
**PAR PHARMACEUTICAL, INC. and** :
**PAR PHARMACEUTICAL COMPANIES, INC.,** :
:
**Defendants.** :
---------------------------------------------------------------x

## NOTICE OF SERVICE

TO:

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130

Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Robert J. Goldman, Esquire
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA 04310

Herbert F. Schwartz, Esquire
Richard A. Inz, Esquire
Sona De, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

RLF1-3240609-1

PLEASE TAKE NOTICE that true and correct copies of Defendants' Interrogatories to Biovail Laboratories International SRL were caused to be served on January 4, 2008 on counsel of record in the manner indicated:

| **BY HAND DELIVERY** | **BY HAND DELIVERY** |
|---|---|
| Jack B. Blumenfeld, Esquire | Richard D. Kirk, Esquire |
| Rodger D. Smith, II, Esquire | The Bayard Firm |
| Morris, Nichols, Arsht & Tunnell LLP | 222 Delaware Avenue, Suite 900 |
| 1201 North Market Street | Wilmington, DE 19899-5130 |
| Wilmington, DE 19899 | |
| **BY HAND DELIVERY** | **BY ELECTRONIC MAIL** |
| Mary W. Bourke, Esquire | Robert J. Goldman, Esquire |
| Connolly Bove Lodge & Hutz LLP | Ropes & Gray LLP |
| The Nemours Building | 525 University Avenue |
| 1007 North Orange Street | Suite 300 |
| Wilmington, DE 19899 | Palo Alto, CA 04310 |
| **BY ELECTRONIC MAIL** | |
| Herbert F. Schwartz, Esquire | |
| Richard A. Inz, Esquire | |
| Sona De, Esquire | |
| Ropes & Gray LLP | |
| 1211 Avenue of the Americas | |
| New York, NY 10036 | |

|  |  |
|---|---|
| | /s/ Frederick L. Cottrell, III |
| | Frederick L. Cottrell, III (#2555) |
| OF COUNSEL: | cottrell@rlf.com |
| Edgard H. Haug | Steven J. Fineman (#4025) |
| Daniel G. Brown | fineman@rlf.com |
| Robert E. Colletti | Richards Layton & Finger |
| Frommer Lawrence & Haug LLP | One Rodney Square |
| 745 Fifth Avenue | 920 North King Street |
| New York, NY 10151 | Wilmington, DE 19801 |
| 212-588-0800 | 302-651-7700 |
| | Attorneys for Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc. |

Dated: January 4, 2008

2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

**BY HAND DELIVERY**
Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130

**BY HAND DELIVERY**
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

I hereby certify that on January 4, 2008, I have sent the foregoing document to the following non-registered participants by:

**BY ELECTRONIC MAIL**
Herbert F. Schwartz, Esquire
Richard A. Inz, Esquire
Sona De, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

**BY ELECTRONIC MAIL**
Robert J. Goldman, Esquire
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA 04310

Steven J. Fineman (#4025)
fineman@rlf.com

RLF1-3240609-1