IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants/Counterclaim-Plaintiffs. | C.A. No. 07-255 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Rule 26(a)(1)(A) Initial Identification of Fact Witnesses Known to Purdue and Napp* were caused to be served on January 4, 2008 upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                                                    *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Edgar H. Haug, Esquire                                                                 *VIA ELECTRONIC MAIL*
Daniel G. Brown, Esquire
Robert E. Colletti, Esquire
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY  10151

Richard D. Kirk, Esquire                                             *VIA ELECTRONIC MAIL*
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Mary W. Bourke, Esquire                                              *VIA ELECTRONIC MAIL*
Connolly Bove Lodge & Hutz LLP
The Nermours Building
1007 North Orange Street
Wilmington, DE  19801

                                           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                           */s/ Rodger D. Smith II*

OF COUNSEL:                                                          Jack B. Blumenfeld (#1014)
                                           Rodger D. Smith II (#3778)
Robert J. Goldman                                                    1201 N. Market Street
ROPES & GRAY LLP                                                     P.O. Box 1347
525 University Avenue                                                Wilmington, DE  19899-1347
Suite 300                                                            (302) 658-9200
Palo Alto, CA  94301                                                 jblumenfeld@mnat.com
(650) 617-4000                                                       rsmith@mnat.com
                                           *Attorneys for Plaintiffs*
Herbert F. Schwartz                                                    *Purdue Pharma Products L.P.*
Richard A. Inz                                                         *and Napp Pharmaceutical Group Ltd.*
Sona De
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000
Dated: January 4, 2008

1352364

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

    Frederick L. Cottrell, III, Esquire
    Steven J. Fineman, Esquire
    RICHARDS, LAYTON & FINGER, P.A.

    Richard D. Kirk, Esquire
    THE BAYARD FIRM

    Mary W. Bourke, Esquire
    CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on January 4, 2008 upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire             *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

Edgar H. Haug, Esquire               *VIA ELECTRONIC MAIL*
Daniel G. Brown
Robert E. Colletti, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151

Richard D. Kirk, Esquire               *VIA ELECTRONIC MAIL*
THE BAYARD FIRM
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

2

Mary W. Bourke, Esquire                                                                                  *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
The Nermours Building
1007 North Orange Street
Wilmington, DE  19801

                                                                                        */s/ Rodger D. Smith II*
                                                                                        Rodger D. Smith II (#3778)