IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., <br> NAPP PHARMACEUTICAL GROUP LTD., <br> BIOVAIL LABORATORIES INTERNATIONAL, <br> SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and <br> PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants/Counterclaim-Plaintiffs. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-255 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Purdue's Objections and Responses to Par's Contention Interrogatories (Nos. 1-11)* were caused to be served on January 7, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire <br> Steven J. Fineman, Esquire <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Edgar H. Haug, Esquire <br> Daniel G. Brown, Esquire <br> Robert E. Colletti, Esquire <br> Frommer Lawrence & Haug LLP <br> 745 Fifth Avenue <br> New York, NY  10151 | *VIA HAND DELIVERY AND ELECTRONIC MAIL* |

Richard D. Kirk, Esquire                                             *VIA ELECTRONIC MAIL*
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Mary W. Bourke, Esquire                                              *VIA ELECTRONIC MAIL*
Connolly Bove Lodge & Hutz LLP
The Nermours Building
1007 North Orange Street
Wilmington, DE 19801

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    */s/ Jack B. Blumenfeld (#1014)*

OF COUNSEL:                                                          Jack B. Blumenfeld (#1014)
                                                                     Rodger D. Smith II (#3778)
Robert J. Goldman                                                    1201 N. Market Street
ROPES & GRAY LLP                                                     P.O. Box 1347
525 University Avenue                                                Wilmington, DE 19899-1347
Suite 300                                                            (302) 658-9200
Palo Alto, CA 94301                                                  jblumenfeld@mnat.com
(650) 617-4000                                                       rsmith@mnat.com
                                                                     *Attorneys for Plaintiffs*
                                                                       *Purdue Pharma Products L.P.*
Herbert F. Schwartz                                                    *and Napp Pharmaceutical Group Ltd.*
Richard A. Inz
Sona De
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
Dated: January 7, 2008

1376824

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Frederick L. Cottrell, III, Esquire
        Steven J. Fineman, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

        Richard D. Kirk, Esquire
        THE BAYARD FIRM

        Mary W. Bourke, Esquire
        CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on January 7, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Edgar H. Haug, Esquire<br>Daniel G. Brown<br>Robert E. Colletti, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>THE BAYARD FIRM<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |

2

Mary W. Bourke, Esquire                                                                                              *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
The Nermours Building
1007 North Orange Street
Wilmington, DE  19801


                          */s/ Jack B. Blumenfeld (#1014)*
                          Jack B. Blumenfeld (#1014)