UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., )<br>NAPP PHARMACEUTICAL GROUP LTD., )<br>BIOVAIL LABORATORIES INTERNATIONAL, )<br>SLR, and ORTHO-MCNEIL, INC., )<br>    Plaintiffs, )<br>                             )<br>            v.            )<br>                             )<br>PAR PHARMACEUTICAL, INC. and )<br>PAR PHARMACEUTICAL COMPANIES, INC., )<br>    Defendants. ) | C.A. No. 07-414<br>C.A. No. 07-255 |

**NOTICE OF SERVICE**

The undersigned here by certifies that copies of **ORTHO-MCNEIL, INC. RESPONSE AND OBJECTIONS TO DEFENDANTS' INTERROGATORIES** were caused to be served on February 4th in the manner indicated:

| | |
|---|---|
| **BY ELECTRONIC MAIL**<br>Edgar H. Haug<br>Daniel G. Brown<br>Robert E. Colletti<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, New York 10121<br>(212) 588-0800<br>ehaug@flhlaw.com<br>dbrown@flhlaw.com<br>rcolletti@flhlaw.com<br><br>Frederick L. Cottrell, III (#2555)<br>Steve J. Fineman (#4025)<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>Cottrell@rlf.com<br>fineman@rlf.com | **BY ELECTRONIC MAIL**<br>Jack B. Blumenfeld, Esquire<br>Rodger D. Smith II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>Robert J. Goldman, Esquire<br>Ropes & Gray LLP<br>525 University Avenue<br>Suite 300<br>Palo Alto, California 94310<br>Robert.goldman@ropesgray.com<br><br>Richard D. Kirk, Esquire<br>The Bayard Firm<br>222Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com<br><br>Herbert F. Schwartz<br>Richard A. Inz<br>Sona De<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Herbert.schwartz@ropesgray.com<br>Richard.inz@ropesgray.com<br>Sona.de@ropesgray.com |

                Respectfully submitted,

                By:  */s/ Mary W. Bourke*
                      Mary W. Bourke (#2356)
                CONNOLLY BOVE LODGE & HUTZ, LLP
                1007 North Orange Street
                P.O. Box 2207
                Wilmington, DE  19899
                302-658-9141
                *Attorneys for Plaintiff Ortho-McNeil, Inc.*

DATED: February 4, 2008

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 4th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the following:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>Richards, Layton & Finger, P.A. | Richard D. Kirk, Esquire<br>The Bayard Firm |

    I further certify that I caused to be served copies of the foregoing document on February 4, 2008, via electronic mail:

| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
|---|---|
| Edgar H. Haug<br>Daniel G. Brown<br>Robert E. Colletti<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, New York 10121<br>(212) 588-0800<br>ehaug@flhlaw.com<br>dbrown@flhlaw.com<br>rcolletti@flhlaw.com<br><br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com<br>Steve J. Fineman (#4025)<br>fineman@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br><br>Herbert F. Schwartz<br>Richard A. Inz<br>Sona De<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Herbert.schwartz@ropesgray.com<br>Richard.inz@ropesgray.com<br>Sona.de@ropesgray.com | Jack B. Blumenfeld, Esquire<br>Rodger D. Smith II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>Robert J. Goldman, Esquire<br>Ropes & Gray LLP<br>525 University Avenue<br>Suite 300<br>Palo Alto, California 94310<br>Robert.goldman@ropesgray.com<br><br>Richard D. Kirk, Esquire<br>The Bayard Firm<br>222Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com |

February 4, 2008                    By: */s/ Mary W. Bourke*
                                              Mary W. Bourke
                                              Connolly Bove Lodge & Hutz LLP
                                              1007 North Orange Street
                                              Wilmington, DE 19801
                                              (302)658-9141
                                              *mbourke@cblh.com*