IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PURDUE PHARMA PRODUCTS, L.P.,
NAPP PHARMACEUTICAL GROUP LTD.,
BIOVAIL LABORATORIES INTERNATIONAL
SRL, and ORTHO-MCNEIL, INC.,

Plaintiff,

v.

PAR PHARMACEUTICAL, INC., and
PAR PHARMACEUTICAL COMPANIES, INC.,

Defendants.

Civil Action No. 07-255-JJF
Civil Action No. 07-414-JJF
Civil Action No. 07-666-JJF

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 15, 2008, copies of (1) **BIOVAIL LABORATORIES INTERNATIONAL SRL'S OBJECTIONS AND RESPONSES TO DEFENDANTS INTERROGATORIES TO BIOVAIL** and (2) this **NOTICE OF SERVICE** were served as shown:

**By email and by hand delivery:**

Mary Bourke, Esquire
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Rodger D. Smith, II, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE  19899-1347

Frederick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

661451-1

**By email and by first class mail:**

Edgar H. Haug, Esquire
Robert E. Colletti, Esquire
Frommer, Lawrence & Haug L.L.P.
745 Fifth Avenue
New York, NY 10151

Christopher Jeffers, Esquire
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, DC 20036

Robert Goldman, Esquire
Linda Rost, Esquire
Tom Wang, Esquire
Ropes & Gray
525 University Avenue
Suite 300
Palo Alto, CA 94301

Herbert Schwartz, Esquire
Richard Inz, Esquire
Sona De, Esquire
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036

February 15, 2008

BAYARD

/s/ Richard D. Kirk(rk0922)
Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Plaintiff
BIOVAIL LABORATORIES
INTERNATIONAL SRL