IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 07-255-JJF ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' APPLICATION FOR ISSUANCE OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE APPROPRIATE JUDICIAL AUTHORITY OF GERMANY PURSUANT TO THE HAGUE CONVENTION**

Defendants, Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc., ("Par") respectfully request that the Court issue a Letter of Request for International Judicial Assistance, attached hereto, pursuant to Article I of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Convention"), and Federal Rule of Civil Procedure 28(b).

Par has learned, through its own investigation and discovery obtained from plaintiffs Purdue Pharma Product L.P., Napp Pharmaceutical Group Ltd., Biovail Laboratories International SRL, and Ortho-McNeil, Inc. to date, that Grunenthal GmbH ("Grunenthal") and Grunenthal employee Dr. Eric-Paul Paques have information relevant to this litigation.

In 1962, Grunenthal invented tramadol when one of its chemists, Dr. Kurt Flick, synthesized the molecule tramadol. After years of development, Grunenthal created a commercial tramadol product and in 1977, began marketing in Germany its tramadol product under the trade name Tramal®. Grunenthal has continued to develop its tramadol product and

expand its market to other countries. In the early to mid 1990s, Grunenthal developed a controlled-release formulation for its tramadol product. Around the same time, a patent holding company for plaintiffs Purdue and Napp, Euro-Celtique SA ("Euro-Celtique"), began filing patent applications around the world on controlled-release formulations for tramadol. Specifically, Euro-Celtique filed patent applications pertaining to controlled-release tramadol in the European Patent Office, including the application for EP 624 366 ("the '366 patent"). The '366 patent corresponds to U.S. Patent No. 6,254,887 ("the '887 patent"), which is the patent-in-suit in this case. Seven companies in Europe, including Grunenthal, opposed the '366 patent. During Grunenthal's opposition proceeding, Grunenthal raised the objections of lack of novelty, lack of inventive step, and insufficiency of disclosure. Grunenthal's opposition proceedings led to settlement discussions. Grunenthal entered into a settlement agreement and in a July 16, 1997 letter, Grunenthal withdrew its opposition to the '366 patent in the European Patent Office. The other opposition proceedings against the '366 patent continued and ultimately, the '366 patent was revoked.

Par has learned, through its own investigation and discovery obtained from plaintiffs to date, that Dr. Paques has information relevant to this litigation, which he learned during his employment at Grunenthal. As the president of the Research and Development Division, and subsequently appointed to the Grunenthal Executive Board in 1998, Dr. Paques is likely to have relevant information concerning Grunenthal's use, development, and knowledge of controlled-release tramadol formulations. Dr. Paques is also likely to have relevant information concerning Grunenthal's opposition proceedings to plaintiff's patents for controlled-release tramadol and subsequent settlement discussions, which occurred during his employment at Grunenthal. Before the patent was revoked, Grunenthal agreed to license Euro-Celtique's '366 patent for

controlled-release tramadol. The reasons for Grunenthal's withdrawing of the opposition proceeding concerning the '366 patent, the terms of the agreement, and Grunenthal's knowledge of the state of the art from the late-1980s to mid-1990s is important to Par's defense of patent invalidity for the corresponding '887 patent, and as evidence for submission at trial in this case.

Par understands that Dr. Paques cannot be compelled to provide evidence in the absence of compliance with the Hague Convention. Accordingly, Par requests that this Court issue the accompanying Letter of Request, and that the executed Letter of Request be returned to counsel for Par for delivery to the proper German authorities. Upon receipt of the executed Letter of Request, counsel for Par will have them translated into German and will have the German versions of the Letter of Request delivered to the proper German authorities with the English versions as a courtesy.

In an effort to obtain the documents as expeditiously as possible, Par has also served a subpoena on Grunenthal USA Inc., Grunenthal's subsidiary located in Bedminster, New Jersey. To the extent documents are provided by Grunenthal USA Inc., Par will withdraw its document requests to Grunenthal pursuant to the Hague Convention.

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (# 2555)
Cottrell@rlf.com
Steven J. Fineman (#4025
Fineman@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.

Of Counsel

Edgar H. Haug
Robert E. Colletti
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Dated: February 29, 2008

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Mary W. Bourke, Esquire
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on February 29, 2008, I have sent by Federal Express, the foregoing document to the following non-registered participants:

Robert J. Goldman, Esquire
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, California 94310

Herbert F. Schwartz
Richard A. Inz
Sona De
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

RLF1-3258425-1