IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 07-255-JJF ) ) ) ) ) ) ) ) |

## DEFENDANTS' MOTION TO COMPEL
## PRODUCTION OF FOREIGN DOCUMENTS

Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. hereby move the Court for an order compelling plaintiffs Purdue Pharma Products L.P. and Napp Pharmaceutical Group Ltd. to (1) produce the foreign prosecution histories corresponding to the patent-in-suit; (2) produce the non-privileged documents from the foreign litigations and opposition proceedings related to controlled-release tramadol; and (3) identify the production numbers of the prosecution histories for the foreign priority documents identified on the face of the patent-in-suit. The grounds for this motion are set forth in Defendants' Opening Brief in Support of Their Motion to Compel Production of Foreign Documents and the Declaration of Robert E. Colletti in Support of Defendants' Motion to Compel Production of Foreign Documents filed contemporaneously herewith.

RLF1-3265967-1

Of Counsel:

Edgar H. Haug
Robert E. Colletti
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Dated: March 25, 2008

/s/
Frederick L. Cottrell, III (# 2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.

RLF1-3265967-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Mary W. Bourke, Esquire
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on March 25, 2008, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

Robert J. Goldman, Esquire
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, California 94310

Richard A. Inz, Esquire
Sona De, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036

/s/ SEF
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

RLF1-3265967-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 07-255-JJF |

## ORDER

WHEREAS, Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. having moved the Court for an order compelling plaintiffs Purdue Pharma Products L.P. and Napp Pharmaceutical Group Ltd. to produce documents and identify certain production numbers (the "Motion");

WHEREAS, the Court having considered the briefs and arguments in support of and opposition to the Motion;

IT IS HEREBY ORDERED, this _____ day of _____, 2008 that the Motion is GRANTED.

_____
United States District Judge

CERTIFICATION PURSUANT TO
DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Counsel for Defendants has consulted and exchanged correspondence with counsel for Plaintiffs pursuant to District of Delaware Local Rule 7.1.1 and has determined that Plaintiffs are opposed to the relief sought in the attached motion.

_____
Steven J. Fineman (#4025)