IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC.,<br><br>    Plaintiffs,<br>v.<br><br>PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>    Defendants. | C.A. No. 07-255 (JJF)<br>(CONSOLIDATED) |

**ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO AMEND COMPLAINT**

Having considered plaintiffs' unopposed motion for leave to amend their complaint.

IT IS HEREBY ORDERED that:

Plaintiffs' Unopposed Motion for Leave to Amend Complaint is GRANTED.

Date: March 28, 2008

_____
UNITED STATES DISTRICT JUDGE

2164934