IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
PURDUE PHARMA PRODUCTS L.P.,                :
NAPP PHARMACEUTICAL GROUP LTD.,             :
BIOVAIL LABORATORIES INTERNATIONAL          :
SRL, and ORTHO-MCNEIL, INC.,                :
:
    Plaintiffs,                          :
:
:
v.                                          :    C.A. No. 07-255-JJF
:
:
PAR PHARMACEUTICAL, INC. and                :
PAR PHARMACEUTICAL COMPANIES, INC.,         :
:
    Defendants.                          :
---------------------------------------------------------------x

## NOTICE OF SERVICE

TO:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19899 | Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899-5130 |
| Mary W. Bourke, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899 | Robert J. Goldman, Esquire<br>Ropes & Gray LLP<br>525 University Avenue<br>Suite 300<br>Palo Alto, CA 04310 |
| Richard A. Inz, Esquire<br>Sona De, Esquire<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 | |

RLF1-3271025-1

PLEASE TAKE NOTICE that true and correct copies of Defendants' Second Set of Requests For Production of Documents and Things to Purdue Pharma Products L.P. were caused to be served on April 8, 2008 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

**BY HAND DELIVERY**
Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130

**BY HAND DELIVERY**
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

**BY ELECTRONIC MAIL**
Robert J. Goldman, Esquire
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA 04310

**BY ELECTRONIC MAIL**
Richard A. Inz, Esquire
Sona De, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

OF COUNSEL:
Edgard H. Haug
Daniel G. Brown
Robert E. Colletti
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
212-588-0800

Dated: April 8, 2008

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

**BY HAND DELIVERY**
Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130

**BY HAND DELIVERY**
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

I hereby certify that on April 8, 2008, I have sent the foregoing document to the following non-registered participants by:

**BY ELECTRONIC MAIL**
Richard A. Inz, Esquire
Sona De, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

**BY ELECTRONIC MAIL**
Robert J. Goldman, Esquire
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA 04310

Steven J. Fineman (#4025)
fineman@rlf.com