IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., <br> NAPP PHARMACEUTICAL GROUP LTD., <br> BIOVAIL LABORATORIES INTERNATIONAL, <br> SRL, and ORTHO-MCNEIL, INC., <br><br>         Plaintiffs/Counterclaim-defendants, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and <br> PAR PHARMACEUTICAL COMPANIES, INC., <br><br>         Defendants/Counterclaim-plaintiffs. | C.A. No. 07-255-JJF <br> (CONSOLIDATED) |

## NOTICE OF DEPOSITION OF SABARINATH SHANKAR

PLEASE TAKE NOTICE that Plaintiff Purdue Pharma Products L.P. ("Purdue") will take the deposition by oral examination of Sabarinath Shankar. The deposition will commence at 10:00 a.m. on Tuesday, May 6, 2008 at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York, or at such other time and place as counsel may agree.

The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths, and will continue from day to day until completed, weekends and holidays excepted, with such adjournments as to time and place that may be necessary. The deposition will be recorded by sound, video, and/or stenographic means.

You are invited to attend.

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  */s/ Rodger D. Smith II*

                                  Jack B. Blumenfeld (#1014)
                                  Rodger D. Smith II (#3778)
                                  1201 North Market Street
                                  P.O. Box 1347
                                  Wilmington, DE  19899-1347
                                  (302) 658-9200
OF COUNSEL:                    jblumenfeld@mnat.com
                                  rsmith@mnat.com

Robert J. Goldman
ROPES & GRAY LLP               *Attorneys for Plaintiffs/Counterclaim-Defendants*
525 University Avenue            *Purdue Pharma Products L.P.*
Suite 300                                     *and Napp Pharmaceutical Group Ltd.*
Palo Alto, CA  94301
(650) 617-4000

Sona De
Richard A. Inz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

April 14, 2008
2293544

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Richard D. Kirk, Esquire
>BAYARD, P.A.
>
>Mary W. Bourke, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on April 14, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

2

Mary W. Bourke, Esquire  *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP  *and HAND DELIVERY*
The Nermours Building
1007 North Orange Street
Wilmington, DE  19801

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)