IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs/Counterclaim-defendants, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants/Counterclaim-plaintiffs. | C.A. No. 07-255-JJF <br> (CONSOLIDATED) |

## NOTICE OF DEPOSITION OF HARISH PANDYA

PLEASE TAKE NOTICE that Plaintiff Purdue Pharma Products L.P. ("Purdue") will take the deposition by oral examination of Harish Pandya. The deposition will commence at 10:00 a.m. on Thursday, May 8, 2008 at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York, or at such other time and place as counsel may agree.

The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths, and will continue from day to day until completed, weekends and holidays excepted, with such adjournments as to time and place that may be necessary. The deposition will be recorded by sound, video, and/or stenographic means.

    You are invited to attend.

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Rodger D. Smith II*

                                        Jack B. Blumenfeld (#1014)
                                        Rodger D. Smith II (#3778)
                                        1201 North Market Street
                                        P.O. Box 1347
OF COUNSEL:                          Wilmington, DE  19899-1347
                                        (302) 658-9200
Robert J. Goldman                 jblumenfeld@mnat.com
ROPES & GRAY LLP               rsmith@mnat.com
525 University Avenue
Suite 300                                   *Attorneys for Plaintiffs/Counterclaim-Defendants*
Palo Alto, CA  94301            *Purdue Pharma Products L.P.*
(650) 617-4000                    *and Napp Pharmaceutical Group Ltd.*

Sona De
Richard A. Inz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

April 14, 2008
2293561

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Richard D. Kirk, Esquire
>BAYARD, P.A.
>
>Mary W. Bourke, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on April 14, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

Case 1:07-cv-00255-JJF     Document 92     Filed 04/14/2008     Page 4 of 4

2

Mary W. Bourke, Esquire  
CONNOLLY BOVE LODGE & HUTZ LLP  
The Nermours Building  
1007 North Orange Street  
Wilmington, DE  19801

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

2