IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PURDUE PHARMA PRODUCTS L.P.,<br>NAPP PHARMACEUTICAL GROUP LTD.,<br>BIOVAIL LABORATORIES INTERNATIONAL,<br>SRL, and ORTHO-MCNEIL, INC.,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC. and<br>PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>Defendants/Counterclaim Plaintiffs. | C.A. No. 07-255 (JJF)<br>(CONSOLIDATED) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) Purdue's Second Set of Interrogatories to Defendants; (2) Purdue's Second Set of Requests for Admission to Par (Nos. 18-50); (3) Purdue's Second Set of Requests for Production of Documents and Things (Nos. 64-77); and (4) Purdue's Supplemental Objections and Responses to Par's Contention Interrogatory No. 1 were caused to be served on April 15, 2008, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                    *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire                                 *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

Edgar H. Haug, Esquire                                     *VIA ELECTRONIC MAIL*
Robert E. Colletti, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151

Richard D. Kirk, Esquire                           *VIA ELECTRONIC MAIL*
BAYARD, P.A.                                        *and HAND DELIVERY*
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Mary W. Bourke, Esquire                            *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP                      *and HAND DELIVERY*
The Nermours Building
1007 North Orange Street
Wilmington, DE  19801


                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Rodger D. Smith II (#3778)*
                              _____
                              Jack B. Blumenfeld (#1014)
                              Rodger D. Smith II (#3778)
                              1201 North Market Street
                              P.O. Box 1347
                              Wilmington, DE  19899-1347
                              (302) 658-9200
                              jblumenfeld@mnat.com
                              rsmith@mnat.com

                              *Attorneys for Plaintiffs*
                                *Purdue Pharma Products L.P.*
                                *and Napp Pharmaceutical Group Ltd.*

*Of Counsel*:

Robert J. Goldman
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

Sona De
Richard A. Inz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000


Dated: April 15, 2008

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 15, 2008, I caused the foregoing to be electronically

filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Frederick L. Cottrell, III, Esquire
> Steven J. Fineman, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

> Richard D. Kirk, Esquire
> BAYARD, P.A.

> Mary W. Bourke, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on

April 15, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mary W. Bourke, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nermours Building<br>1007 North Orange Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

*/s/ Rodger D. Smith II (#3778)*

_____

Rodger D. Smith II (#3778)