IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants/Counterclaim Plaintiffs. | C.A. No. 07-255 (JJF) <br> (CONSOLIDATED) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Purdue's Objections and Responses to Defendants' Second Set of Interrogatories (Nos. 12-18)* were caused to be served on April 16, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire <br> Steven J. Fineman, Esquire <br> RICHARDS, LAYTON & FINGER, P.A. <br> One Rodney Square <br> Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* <br> *and HAND DELIVERY* |
| Edgar H. Haug, Esquire <br> Robert E. Colletti, Esquire <br> FROMMER LAWRENCE & HAUG LLP <br> 745 Fifth Avenue <br> New York, NY 10151 | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire <br> BAYARD, P.A. <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* <br> *and HAND DELIVERY* |

Mary W. Bourke, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nermours Building
1007 North Orange Street
Wilmington, DE  19801

*VIA ELECTRONIC MAIL*
*and HAND DELIVERY*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Plaintiffs
  Purdue Pharma Products L.P.
  and Napp Pharmaceutical Group Ltd.*

OF COUNSEL:

Robert J. Goldman
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

Sona De
Richard A. Inz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

April 15, 2008
980826

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Richard D. Kirk, Esquire
>BAYARD, P.A.
>
>Mary W. Bourke, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on April 16, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mary W. Bourke, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nermours Building<br>1007 North Orange Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

>*/s/ Rodger D. Smith II*
>_____
>Rodger D. Smith II (#3778)