## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PURDUE PHARMA PRODUCTS L.P., NAPP )
PHARMACEUTICAL GROUP LTD., BIOVAIL )
LABORATORIES INTERNATIONAL SRL, and )
ORTHO-MCNEIL, INC., )
)
                       )      C.A. No. 07-255-JJF
         Plaintiffs, )
)
v. )
)
PAR PHARMACEUTICAL, INC. and PAR )
PHARMACEUTICAL COMPANIES, INC., )
)
         Defendants. )

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Porter F. Fleming of Frommer Lawrence & Haug LLP, 745 Fifth Avenue, New

York, New York 10151 to represent Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical

Companies, Inc. in this matter.

                                         Frederick L. Cottrell, III (#2555)
                                         Steven J. Fineman (#4025)
                                         Richards, Layton & Finger PA
                                         One Rodney Square
                                         P.O. Box 551
                                         Wilmington, Delaware 19801
                                         (302) 651-7700
                                         cottrell@rlf.com
                                         fineman@rlf.com

Dated: April 17, 2008                            Attorneys for Defendants

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted

on this _____ day of _____, 2008.

                                    _____
                                    United States District Judge

RLF1-3274419-1

**CERTIFICATION BY COUNSEL**
**TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to

this Court, am admitted, practicing and in good standing as a member of the Bar of the State of

New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court

for any alleged misconduct which occurs in the preparation or course of this action.  I also certify

I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for

District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid

☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to

the Clerk's Office upon the filing of this motion.

Porter F. Fleming
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

Dated: _____, 2007

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Mary W. Bourke, Esquire
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on April 17, 2008, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

Robert J. Goldman, Esquire
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, California 94310

Richard A. Inz
Sona De
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com