IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS, L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC., and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | Civil Action No. 07-255(JJF) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Paul S. Tully and Aaron F. Barkoff, both of McDonnell Boehnen Hulbert & Berghoff LLP, to represent Plaintiff Biovail Laboratories International SRL, in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

April 25, 2008                THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorney for Biovail Laboratories International SRL

{00860744;v1}

OF COUNSEL:

Paul S. Tully, Esquire
Aaron F. Barkoff, Esquire
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

SO ORDERED, this _____ day of April, 2008

_____
United States District Judge

{00860744;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 4/24/08

Aaron F. Barkoff
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Counsel for Biovail Laboratories International SRL

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 4/24/08

Paul S. Tully
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Counsel for Biovail Laboratories International SRL

{00717626;v1}

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 25, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Mary Bourke, Esquire
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Rodger D. Smith, II, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Frederick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

The undersigned counsel further certifies that, on April 25, 2008, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Edgar H. Haug, Esquire
Robert E. Colletti, Esquire
Frommer, Lawrence & Haug L.L.P.
745 Fifth Avenue
New York, NY 10151

Christopher Jeffers, Esquire
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, DC 20036

Robert Goldman, Esquire
Linda Rost, Esquire
Tom Wang, Esquire
Ropes & Gray
525 University Avenue
Suite 300
Palo Alto, CA 94301

Herbert Schwartz, Esquire
Richard Inz, Esquire
Sona De, Esquire
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00671141;v1}