IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PURDUE PHARMA PRODUCTS L.P., | ) | |
| NAPP PHARMACEUTICAL GROUP LTD., | ) | |
| BIOVAIL LABORATORIES INTERNATIONAL | ) | |
| SRL, and ORTHO-MCNEIL, INC., | ) | |
| | ) | |
| Plaintiffs/Counterclaim Defendants, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-255 (JJF) |
| | ) | (CONSOLIDATED) |
| PAR PHARMACEUTICAL, INC. and | ) | |
| PAR PHARMACEUTICAL COMPANIES, INC., | ) | |
| | ) | |
| Defendants/Counterclaim Plaintiffs. | ) | |

## NOTICE OF DEPOSITION OF DEEPALAKSHMI VENKATACHALA

PLEASE TAKE NOTICE that Plaintiff Purdue Pharma Products L.P. ("Purdue")

will take the deposition by oral examination of Deepalakshmi Venkatachala.  The deposition will

commence at 10:00 a.m. on Wednesday, May 14, 2008 at the offices of Ropes & Gray LLP,

1211 Avenue of the Americas, New York, New York, or at such other time and place as counsel

may agree.

The deposition will be taken before a Notary Public or other officer authorized by

law to administer oaths, and will continue from day to day until completed, weekends and

holidays excepted, with such adjournments as to time and place that may be necessary.  The

deposition will be recorded by sound, video, and/or stenographic means.

You are invited to attend.

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com

*Attorneys for Plaintiffs*
  *Purdue Pharma Products L.P.*
  *and Napp Pharmaceutical Group Ltd.*

*Of Counsel*:

Robert J. Goldman
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

Sona De
Richard A. Inz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

April 28, 2008
2308800

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing to:

>       Frederick L. Cottrell, III, Esquire
>       Steven J. Fineman, Esquire
>       RICHARDS, LAYTON & FINGER, P.A.
>
>       Richard D. Kirk, Esquire
>       THE BAYARD FIRM
>
>       Mary W. Bourke, Esquire
>       CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on

April 28, 2008, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

Richard D. Kirk, Esquire                           *VIA ELECTRONIC MAIL*
THE BAYARD FIRM
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Mary W. Bourke, Esquire                            *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Edgar H. Haug, Esquire                             *VIA ELECTRONIC MAIL*
Robert E. Colletti, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151

                                    */s/ Rodger D. Smith II*
                                    _____
                                    Rodger D. Smith II (#3778)