## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., <br> NAPP PHARMACEUTICAL GROUP LTD., <br> BIOVAIL LABORATORIES INTERNATIONAL, <br> SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs/Counterclaim-defendants, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and <br> PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants/Counterclaim-plaintiffs. | C.A. No. 07-255-JJF <br> (CONSOLIDATED) |

### NOTICE OF DEPOSITION OF V.S. RAO VOLETI

PLEASE TAKE NOTICE that Plaintiff Purdue Pharma Products L.P. ("Purdue") will take the deposition by oral examination of V.S. Rao Voleti. The deposition will commence at 10:00 a.m. on Monday, May 12, 2008 at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York, or at such other time and place as counsel may agree.

The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths, and will continue from day to day until completed, weekends and holidays excepted, with such adjournments as to time and place that may be necessary. The deposition will be recorded by sound, video, and/or stenographic means.

You are invited to attend.

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*Of Counsel*:                                   */s/ Rodger D. Smith II*

Robert J. Goldman  
ROPES & GRAY LLP                  Jack B. Blumenfeld (#1014)  
525 University Avenue            Rodger D. Smith II (#3778)  
Suite 300                           1201 N. Market Street  
Palo Alto, CA 94301             P.O. Box 1347  
(650) 617-4000                   Wilmington, DE 19899-1347  
                                      (302) 658-9200  
Sona De                             jblumenfeld@mnat.com  
Richard A. Inz                   rsmith@mnat.com  
ROPES & GRAY LLP  
1211 Avenue of the Americas  
New York, NY 10036            *Attorneys for Plaintiffs*  
(212) 596-9000                     *Purdue Pharma Products L.P.*  
                                        *and Napp Pharmaceutical Group Ltd.*

May 1, 2008

2311954

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I electronically caused the foregoing to be filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Richard D. Kirk, Esquire
>THE BAYARD FIRM
>
>Mary W. Bourke, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on May 1, 2008, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                                    *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801

Richard D. Kirk, Esquire                                               *VIA ELECTRONIC MAIL*
THE BAYARD FIRM
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Mary W. Bourke, Esquire                                                *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

Edgar H. Haug, Esquire                                                 *VIA ELECTRONIC MAIL*
Robert E. Colletti, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

>*/s/ Rodger D. Smith II*
>_____
>Rodger D. Smith II (#3778)