IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-255-JJF |
| PAR PHARMACEUTICALS, INC, et al., | : |
| Defendant. | : |

## MEMORANDUM ORDER

Defendants have filed a Motion to Compel Production of Foreign Documents (D.I. 70). The foreign documents sought by Defendants are potentially relevant, and some of the documents have been produced from the files of U.S. patent counsel without objection.

The issue that will resolve the motion is whether the documents produced by Plaintiff are sufficient given Defendants' asserted defenses and counterclaims. The Court concludes that Plaintiffs' production meets it obligation in the context of this case. The Court is also persuaded that if Defendants believe the requested documents will aid their case, they may pursue other avenues to obtain them.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion To Compel (D.I. 70) is **DENIED**.

May 9, 2008

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE