UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., <br> NAPP PHARMACEUTICAL GROUP LTD., <br> BIOVAIL LABORATORIES INTERNATIONAL, <br> SLR, and ORTHO-MCNEIL, INC., <br>     Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and <br> PAR PHARMACEUTICAL COMPANIES, INC., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No. 07-255-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

The undersigned here by certifies that copies of **PLAINTIFF ORTHO-MCNEIL'S OBJECTIONS TO PAR'S 30(b)(6) TOPICS** was caused to be served on May 9, 2008 in the manner indicated:

1

| **BY ELECTRONIC MAIL**<br>Edgar H. Haug<br>Daniel G. Brown<br>Robert E. Colletti<br>**Frommer Lawrence & Haug LLP**<br>745 Fifth Avenue<br>New York, New York 10121<br>ehaug@flhlaw.com<br>dbrown@flhlaw.com<br>rcolletti@flhlaw.com<br><br>Frederick L. Cottrell, III<br>Steve J. Fineman<br>**Richards, Layton & Finger**<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Cottrell@rlf.com<br>fineman@rlf.com<br><br>Herbert F. Schwartz<br>Richard A. Inz<br>Sona De<br>**Ropes & Gray LLP**<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Herbert.schwartz@ropesgray.com<br>Richard.inz@ropesgray.com<br>Sona.de@ropesgray.com | **BY ELECTRONIC MAIL**<br>Jack B. Blumenfeld<br>Rodger D. Smith II<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>Robert J. Goldman<br>**Ropes & Gray LLP**<br>525 University Avenue, Suite 300<br>Palo Alto, California 94310<br>Robert.goldman@ropesgray.com<br><br>Richard D. Kirk, Esquire<br>**Bayard, P.A.**<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com |
|---|---|

Respectfully submitted,

By: */s/ Mary W. Bourke*
Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ, LLP
1007 North Orange Street
Wilmington, DE 19801
(302)658-9141
*Attorneys for Plaintiff Ortho-McNeil, Inc.*

DATED: May 12, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the following:

| | |
|---|---|
| Frederick L. Cottrell, III<br>Steven J. Fineman<br>**Richards, Layton & Finger, P.A.** | Richard D. Kirk, Esquire<br>**Bayard P.A.** |
| Robert E. Colletti<br>Edgar H. Haug<br>**Frommer Lawrence & Haug LLP** | Rodger D. Smith II<br>**Morris, Nichols, Arsht & Tunnell LLP** |

I further certify that I caused to be served copies of the foregoing document on May 12, 2008, via electronic mail:

| | |
|---|---|
| **BY ELECTRONIC MAIL**<br>Edgar H. Haug<br>Daniel G. Brown<br>Robert E. Colletti<br>**Frommer Lawrence & Haug LLP**<br>745 Fifth Avenue<br>New York, New York 10121<br>ehaug@flhlaw.com<br>dbrown@flhlaw.com<br>rcolletti@flhlaw.com<br><br>Frederick L. Cottrell, III<br>Steve J. Fineman<br>**Richards, Layton & Finger**<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Cottrell@rlf.com<br>fineman@rlf.com<br><br>Herbert F. Schwartz<br>Richard A. Inz<br>Sona De<br>**Ropes & Gray LLP**<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Herbert.schwartz@ropesgray.com<br>Richard.inz@ropesgray.com<br>Sona.de@ropesgray.com | **BY ELECTRONIC MAIL**<br>Jack B. Blumenfeld<br>Rodger D. Smith II<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>Robert J. Goldman<br>**Ropes & Gray LLP**<br>525 University Avenue, Suite 300<br>Palo Alto, California 94310<br>Robert.goldman@ropesgray.com<br><br>Richard D. Kirk, Esquire<br>**Bayard, P.A.**<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com<br><br>Paul S. Tully<br>Aaron F. Barkoff<br>**McDonnell Boehnen Hulbert & Berghoff LLP**<br>300 South Wacker Drive<br>Chicago, Illinois 60606<br>tully@mbhb.com<br>barkoff@mbhb.com |

May 12, 2008

By: */s/ Mary W. Bourke*
Mary W. Bourke
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801
(302)658-9141
mbourke@cblh.com