# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PURDUE PHARMA PRODUCTS L.P.,** | ) | |
| **NAPP PHARMACEUTICAL GROUP LTD.,** | ) | |
| **BIOVAIL LABORATORIES INTERNATIONAL,** | ) | |
| **SLR, and ORTHO-MCNEIL, INC.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **C.A. No. 07-255-JJF** |
| **v.** | ) | |
| | ) | |
| **PAR PHARMACEUTICAL, INC. and** | ) | |
| **PAR PHARMACEUTICAL COMPANIES, INC.,** | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>NOTICE OF SERVICE</u>

The undersigned here by certifies that copies of **ORTHO-MCNEIL INC.'S RESPONSE**

**AND OBJECTIONS TO DEFENDANTS' SECOND SET OF REQUESTS FOR**

**PRODUCTION OF DOCUMENTS AND THINGS** were caused to be served on May 13, 2008

in the manner indicated:

| | |
|---|---|
| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
| Edgar H. Haug | Jack B. Blumenfeld |
| Daniel G. Brown | Rodger D. Smith II |
| Robert E. Colletti | **Morris, Nichols, Arsht & Tunnell LLP** |
| **Frommer Lawrence & Haug LLP** | 1201 North Market Street |
| 745 Fifth Avenue | P.O. Box 1347 |
| New York, New York 10121 | Wilmington, DE 19899-1347 |
| ehaug@flhlaw.com | jblumenfeld@mnat.com |
| dbrown@flhlaw.com | rsmith@mnat.com |
| rcolletti@flhlaw.com | |
| | Robert J. Goldman |
| Frederick L. Cottrell, III | **Ropes & Gray LLP** |
| Steve J. Fineman | 525 University Avenue, Suite 300 |
| **Richards, Layton & Finger** | Palo Alto, California 94310 |
| One Rodney Square | Robert.goldman@ropesgray.com |
| P.O. Box 551 | |
| Wilmington, DE 19899 | Richard D. Kirk |
| Cottrell@rlf.com | **Bayard, P.A.** |
| fineman@rlf.com | 222 Delaware Avenue, Suite 900 |
| | P.O. Box 25130 |
| Herbert F. Schwartz | Wilmington, DE 19899-5130 |
| Richard A. Inz | rkirk@bayardfirm.com |
| Sona De | |
| **Ropes & Gray LLP** | Paul S. Tully |
| 1211 Avenue of the Americas | Aaron F. Barkoff |
| New York, New York 10036 | **McDonnell Boehnen Hulbert & Berghoff LLP** |
| Herbert.schwartz@ropesgray.com | 300 South Wacker Drive |
| Richard.inz@ropesgray.com | Chicago, Illinois 60606 |
| Sona.de@ropesgray.com | tully@mbhb.com |
| | barkoff@mbhb.com |

Respectfully submitted,


By:  */s/ Mary W. Bourke*
    Mary W. Bourke (#2356)
    CONNOLLY BOVE LODGE & HUTZ, LLP
    1007 North Orange Street
    Wilmington, DE  19801
    (302)658-9141
    *Attorneys for Plaintiff Ortho-McNeil, Inc.*

DATED: May 13, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the following:

| | |
|---|---|
| Frederick L. Cottrell, III<br>Steven J. Fineman<br>**Richards, Layton & Finger, P.A.** | Richard D. Kirk<br>**Bayard P.A.** |
| Robert E. Colletti<br>Edgar H. Haug<br>**Frommer Lawrence & Haug LLP** | Rodger D. Smith II<br>**Morris, Nichols, Arsht & Tunnell LLP** |

I further certify that I caused to be served copies of the foregoing document on May 13, 2008, via electronic mail:

| | |
|---|---|
| Edgar H. Haug<br>Daniel G. Brown<br>Robert E. Colletti<br>**Frommer Lawrence & Haug LLP**<br>745 Fifth Avenue<br>New York, New York 10121<br>ehaug@flhlaw.com<br>dbrown@flhlaw.com<br>rcolletti@flhlaw.com<br><br>Frederick L. Cottrell, III<br>Steve J. Fineman<br>**Richards, Layton & Finger**<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Cottrell@rlf.com<br>fineman@rlf.com<br><br>Herbert F. Schwartz<br>Richard A. Inz<br>Sona De<br>**Ropes & Gray LLP**<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Herbert.schwartz@ropesgray.com<br>Richard.inz@ropesgray.com<br>Sona.de@ropesgray.com | Jack B. Blumenfeld<br>Rodger D. Smith II<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>Robert J. Goldman<br>**Ropes & Gray LLP**<br>525 University Avenue, Suite 300<br>Palo Alto, California 94310<br>Robert.goldman@ropesgray.com<br><br>Richard D. Kirk<br>**Bayard, P.A.**<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com<br><br>Paul S. Tully<br>Aaron F. Barkoff<br>**McDonnell Boehnen Hulbert & Berghoff LLP**<br>300 South Wacker Drive<br>Chicago, Illinois 60606<br>tully@mbhb.com<br>barkoff@mbhb.com |

May 13, 2008

By: */s/ Mary W. Bourke*
Mary W. Bourke
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801
(302)658-9141
*mbourke@cblh.com*

610935