IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants/Counterclaim Plaintiffs. | C.A. No. 07-255 (JJF) <br> (CONSOLIDATED) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Purdue's Objections to Defendants' Rule 30(b)(6) Notice;* and (2) *Napp's Objections to Defendants' Rule 30(b)(6) Notice* were caused to be served on May 13, 2008, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                             *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire                                       *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

Edgar H. Haug, Esquire                                          *VIA ELECTRONIC MAIL*
Robert E. Colletti, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151

Richard D. Kirk, Esquire  
BAYARD, P.A.  
222 Delaware Avenue, Suite 900  
Wilmington, DE  19801

*VIA ELECTRONIC MAIL  
and HAND DELIVERY*

Mary W. Bourke, Esquire  
CONNOLLY BOVE LODGE & HUTZ LLP  
The Nermours Building  
1007 North Orange Street  
Wilmington, DE  19801

*VIA ELECTRONIC MAIL  
and HAND DELIVERY*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)  
Rodger D. Smith II (#3778)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899-1347  
(302) 658-9200  
jblumenfeld@mnat.com  
rsmith@mnat.com

*Attorneys for Plaintiffs  
  Purdue Pharma Products L.P.  
  and Napp Pharmaceutical Group Ltd.*

OF COUNSEL:

Robert J. Goldman  
ROPES & GRAY LLP  
525 University Avenue  
Suite 300  
Palo Alto, CA  94301  
(650) 617-4000

Sona De  
Richard A. Inz  
ROPES & GRAY LLP  
1211 Avenue of the Americas  
New York, NY  10036  
(212) 596-9000

May 13, 2008

980826

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Steven J. Fineman, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
>
> Richard D. Kirk, Esquire
> BAYARD, P.A.
>
> Mary W. Bourke, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on May 13, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Mary W. Bourke, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nermours Building<br>1007 North Orange Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II  (#3778)