IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL SRL, and ORTHO-MCNEIL, INC., <br><br>    Plaintiffs, <br><br>  v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br>    Defendants. | C.A. No. 07-255 (JJF) <br> (CONSOLIDATED) |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, subject to the approval of the Court, that: (1) the deadline for completing fact discovery is extended until June 5, 2008, unless otherwise agreed upon by the parties or ordered by the Court; (2) the deadline for submitting expert reports on issues on which a party bears the burden of proof is extended until June 20, 2008; and (3) the deadline for submitting rebuttal expert reports is extended until July 22, 2008. All other dates in the Rule 16 Scheduling Order (D.I. 23) remain unchanged.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Steven J. Fineman* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| Rodger D. Smith II (#3778) | Steven J. Fineman (#4025) |
| 1201 N. Market Street | One Rodney Square |
| Wilmington, DE 19899-1347 | Wilmington, Delaware 19899 |
| (302) 658-9200 | (302) 651-7700 |
| jblumenfeld@mnat.com | cottrell@rlf.com |
| rsmith@mnat.com | fineman@rlf.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
|   *Purdue Pharma Products L.P.* |   *Par Pharmaceutical Companies, Inc.* |
|   *and Napp Pharmaceutical Group Ltd.* |   *and Par Pharmaceutical, Inc.* |

THE BAYARD FIRM

*/s/ Richard D. Kirk*

_____
Richard D. Kirk (#922)
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
rkirk@bayardfirm.com

*Attorneys for Plaintiff*
  *Biovail Laboratories International SRL*

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Mary W. Bourke*

_____
Mary W. Bourke (#2356)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
mbourke@cblh.com

*Attorneys for Plaintiff*
  *Ortho-McNeil, Inc.*

                                        SO ORDERED this __ day of _____, 2008.


                                        _____
                                            Judge Joseph J. Farnan
                                            United States District Court Judge

2318789