IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC.,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>  v.<br><br>PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>    Defendants/Counterclaim Plaintiffs. | C.A. No. 07-255 (JJF)<br>(CONSOLIDATED) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) Purdue's Objections and Responses to Defendants' Third Set of Interrogatories (Nos. 19-20); (2) Purdue's Response to Defendants' Second Set of Requests for Production of Documents and Things to Purdue Pharma Products L.P.; and (3) Napp's Response to Defendants' Second Set of Requests for Production of Documents and Things to Napp Pharmaceutical Group Ltd. were caused to be served on May 15, 2008, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire               *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

Edgar H. Haug, Esquire                  *VIA ELECTRONIC MAIL*
Robert E. Colletti, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151

Richard D. Kirk, Esquire                                              *VIA ELECTRONIC MAIL*
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801


Mary W. Bourke, Esquire                                               *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
The Nermours Building
1007 North Orange Street
Wilmington, DE  19801


                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Rodger D. Smith II*
                                      _____
                                      Jack B. Blumenfeld (#1014)
                                      Rodger D. Smith II (#3778)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899-1347
                                      (302) 658-9200
                                      jblumenfeld@mnat.com
                                      rsmith@mnat.com

OF COUNSEL:                                                           *Attorneys for Plaintiffs*
                                         *Purdue Pharma Products L.P.*
Robert J. Goldman                                                       *and Napp Pharmaceutical Group Ltd.*
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

Sona De
Richard A. Inz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000


May 15, 2008

980826

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Steven J. Fineman, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
>
> Richard D. Kirk, Esquire
> BAYARD, P.A.
>
> Mary W. Bourke, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on May 15, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Mary W. Bourke, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nermours Building<br>1007 North Orange Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II  (#3778)