IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PURDUE PHARMA PRODUCTS L.P.,** <br> **NAPP PHARMACEUTICAL GROUP LTD.,** <br> **BIOVAIL LABORATORIES INTERNATIONAL** <br> **SRL, and ORTHO-MCNEIL, INC.** <br> <br> **Plaintiffs,** <br> <br> v. <br> <br> **PAR PHARMACEUTICAL, INC. and PAR** <br> **PHARMACEUTICAL COMPANIES, INC.** <br> <br> **Defendants.** | : <br> : <br> : <br> : <br> : <br> : <br> : **CASE NUMBER: 07-255-JJF** <br> : <br> : <br> : <br> : <br> : <br> : |

## MOTION TO QUASH SUBPOENA

COMES NOW, Grünenthal USA, Inc., by and through its undersigned counsel, and respectfully moves this Court for an Order quashing the subpoena for the deposition of Grünenthal USA, Inc. issued from this court and served May 19, 2008.

Respectfully Submitted,

**SEITZ, VAN OGTROP & GREEN, P.A.**

**/s/ James S. Green, Sr.**
**JAMES S. GREEN, SR., ESQ. (DE0481)**
**jgreen@svglaw.com**
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-0600
    Attorneys for Grünenthal, USA, Inc.

Dated:  May 29, 2008

65217 v1

Of Counsel:
Dale H. Hoscheit
Joseph M. Skerpon
Banner & Witcoff, Ltd.
1100 13th Street, N.W.
Suite 1200
Washington, D.C.  20005-4051
(202) 824-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PURDUE PHARMA PRODUCTS L.P.,** :<br>**NAPP PHARMACEUTICAL GROUP LTD.,** :<br>**BIOVAIL LABORATORIES INTERNATIONAL** :<br>**SRL, and ORTHO-MCNEIL, INC.** :<br>    :<br>    **Plaintiffs,** :<br>    :<br>    v. :<br>    :<br>**PAR PHARMACEUTICAL, INC. and PAR** :<br>**PHARMACEUTICAL COMPANIES, INC.** :<br>    :<br>    **Defendants.** : | Case Number:   07-255-JJF |

### NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that Grünenthal USA, Inc. shall present a Motion to Quash Subpoena on July 11, 2008 at 10:00 a.m.

        Respectfully Submitted,

        **SEITZ, VAN OGTROP & GREEN, P.A.**

        **/s/ James S. Green, Sr.**
        **JAMES S. GREEN, SR., ESQ. (DE0481)**
        **jgreen@svglaw.com**
        222 Delaware Avenue, Suite 1500
        P. O. Box 68
        Wilmington, DE  19899
        (302) 888-0600
            Attorneys for Grünenthal, USA, Inc.

Date:  May 29, 2008
Of Counsel:
Dale H. Hoscheit
Joseph M. Skerpon
Banner & Witcoff, Ltd.
1100 13th Street, N.W.
Suite 1200
Washington, D.C.  20005-4051
(202) 824-3000

cc:     jjf_civil@ded.uscourts.gov.

65210 v1

# CERTIFICATE OF SERVICE

I, James S. Green, Esquire, hereby certify that on the 29th day of May, 2008, I served the following counsel:

Via CM/ECF:

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP<br>Mary W. Bourke (#2356)<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>Attorneys for Plaintiff Ortho-McNeil, Inc. | RICHARDS, LAYTON & FINGER P.A.<br>Frederick L. Cottrell, III (#2555)<br>Steven J. Fineman (#4025)<br>One Rodney Square<br>Wilmington, DE 19899<br>Attorneys for Defendant Par Pharmaceutical, Inc. and or the Par Pharmaceutical Companies, Inc. |
| MORRIS, NICHOLS, ARSHT, & TUNNELL LLP<br>Jack B. Blumenfeld (#1041)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>Attorneys for Plaintiffs<br>Purdue Pharma Products L.P.<br>And Napp Pharmaceutical Group Ltd. | THE BAYARD FIRM<br>Rickard D. Kirk (#922)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899-5130<br>Attorneys for Plaintiff<br>Biovail Laboratories International, SRL |

Via Federal Express:

Robert E. Colletti
FROMMER LAURENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
Attorneys for Defendants
Par Pharmaceuticals Inc
Par Pharmaceutical Companies, Inc

/s/ James S. Green, Sr.
_____
James S. Green, Sr. (DE0481)
jgreen@svglaw.com

63565 v1