UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 07-255-JJF |

### NOTICE TO TAKE DEPOSITION OF JACK A. SCANNELLI, R.Ph.

PLEASE TAKE NOTICE that defendants, Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc., will take the deposition of Jack A. Scannelli, R.Ph. The deposition will commence on June 5, 2008 at 9:30 am, at the offices of Frommer Lawrence & Haug LLP, 745 Fifth Avenue, New York, New York 10151, or at such time and place as otherwise agreed in writing by counsel. The deposition will continue from day to day beginning at 9:30 am until completed, with such adjournments as to time and place as may be necessary. The examination will be conducted in accordance with Fed. R. Civ. P. 26, Fed. R. Civ. P. 30, and other applicable rules of the Federal Rules of Civil Procedure before a person authorized to administer an oath, will be recorded by stenographer and may be recorded by videotape photographer.

You are invited to attend and cross-examine.

|  |  |
|---|---|
| Of Counsel | /s/ *signature* |
|  | Frederick L. Cottrell, III (#2555) |
| Edgar H. Haug | Cottrell@rlf.com |
| Robert E. Colletti | Steven J. Fineman (#4025) |
| Frommer Lawrence & Haug LLP | Fineman@rlf.com |
| 745 Fifth Avenue | Richards, Layton & Finger P.A. |
| New York, NY 10151 | One Rodney Square |
| (212) 588-0800 | P.O. Box 551 |
|  | Wilmington, DE 19899 |
| Dated: May 30, 2008 | (302) 651-7700 |
|  | Attorneys for Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. |

RLF1-3288264-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Mary W. Bourke, Esquire
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on May 30, 2008, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

Robert J. Goldman, Esquire
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, California 94310

Richard A. Inz
Sona De
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

RLF1-3158583-1