IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS, L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC., and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | Civil Action No. 07-255-JJF <br> Civil Action No. 07-414-JJF <br> Civil Action No. 07-666-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 5, 2008, copies of (1) **PLAINTIFF BIOVAIL'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES TO BIOVAIL LABORATORIES INTERNATIONAL SRL** and (2) this **NOTICE OF SERVICE** were served as shown:

**By email and by hand delivery:**

Mary Bourke, Esquire
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Frederick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Rodger D. Smith, II, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

661451-1

**By email and by first class mail:**

| | |
|---|---|
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>Frommer, Lawrence & Haug L.L.P.<br>745 Fifth Avenue<br>New York, NY  10151 | Christopher Jeffers, Esquire<br>Connolly Bove Lodge & Hutz, LLP<br>1990 M Street, N.W.<br>Suite 800<br>Washington, DC  20036 |
| Robert Goldman, Esquire<br>Linda Rost, Esquire<br>Tom Wang, Esquire<br>Ropes & Gray<br>525 University Avenue<br>Suite 300<br>Palo Alto, CA  94301 | Herbert Schwartz, Esquire<br>Richard Inz, Esquire<br>Sona De, Esquire<br>Ropes & Gray<br>1211 Avenue of the Americas<br>New York, NY  10036 |

June 5, 2008

BAYARD

OF COUNSEL:

Paul S. Tully, Esquire
Aaron F. Barkoff, Esquire
McDonnell Boehnen Hulbert &
Berghoff, LLP
300 South Wacker Drive
Chicago, Illinois  60606
312-913-0001

/s/ Richard D. Kirk(rk0922)
Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
Wilmington, Delaware  19899-5130
rkirk@bayardfirm.com
(302) 655-5000

Counsel for Plaintiff
BIOVAIL LABORATORIES
INTERNATIONAL SRL

661451-1