IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC., <br><br>Plaintiffs/Counterclaim Defendants, <br><br>v. <br><br>PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br>Defendants/Counterclaim Plaintiffs. | C.A. No. 07-255 (JJF) <br> (CONSOLIDATED) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Rule 26(a)(1)(A) Supplemental Identification of Fact Witnesses Known to Purdue and Napp*; (2) *Purdue's First Supplemental Objections and Responses to Defendants' Second Set of Interrogatories (Nos. 12-18)*; and (3) *Purdue's Second Supplemental Objections and Responses to Par's Contention Interrogatories (Nos. 1-11)* were caused to be served on June 5, 2008, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                                               *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801

Edgar H. Haug, Esquire                                                           *VIA ELECTRONIC MAIL*
Robert E. Colletti, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

Richard D. Kirk, Esquire                                          *VIA ELECTRONIC MAIL*
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801


Mary W. Bourke, Esquire                                           *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
The Nermours Building
1007 North Orange Street
Wilmington, DE  19801


                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Rodger D. Smith II*
                                          _____
                                          Jack B. Blumenfeld (#1014)
                                          Rodger D. Smith II (#3778)
                                          1201 North Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19899-1347
                                          (302) 658-9200
                                          jblumenfeld@mnat.com
                                          rsmith@mnat.com

OF COUNSEL:                                                     *Attorneys for Plaintiffs*
                                                *Purdue Pharma Products L.P.*
Robert J. Goldman                                                  *and Napp Pharmaceutical Group Ltd.*
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

Sona De
Richard A. Inz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000


June 6, 2008

980826

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Steven J. Fineman, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
>
> Richard D. Kirk, Esquire
> BAYARD, P.A.
>
> Mary W. Bourke, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on June 6, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Mary W. Bourke, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nermours Building<br>1007 North Orange Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II  (#3778)

Case 1:07-cv-00255-JJF   Document 149   Filed 06/06/2008   Page 4 of 4