IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL SRL, and ORTHO-MCNEIL, INC., <br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 07-255-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Angus Chen, of Frommer, Lawrence & Haug LLP, 745 Fifth Avenue, New York, New York 10151 to represent Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. in this matter.

                                                                   /s/ Frederick L. Cottrell, III
                                                  Frederick L. Cottrell, III (#2555)
                                                  Steven J. Fineman (#4025)
                                                  Richards, Layton & Finger PA
                                                  One Rodney Square
                                                  P.O. Box 551
                                                  Wilmington, Delaware 19801
                                                  (302) 651-7700
                                                  cottrell@rlf.com
                                                  fineman@rlf.com

Dated: June 10, 2008             Attorneys for Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of _____, 2008.

                                                  _____
                                                  United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

                                                                                      */s/ Angus Chen*
Angus Chen
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

Dated: June 10, 2008

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Mary W. Bourke, Esquire
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on June 10, 2008, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

Robert J. Goldman, Esquire
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, California 94310

Richard A. Inz
Sona De
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com