IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | C.A. No. 07-255 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Purdue's First Supplemental Objections and Responses to Defendants' Third Set of Interrogatories (Nos. 19-20) were caused to be served on June 5, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire <br> Steven J. Fineman, Esquire <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Edgar H. Haug, Esquire <br> Robert E. Colletti, Esquire <br> Frommer Lawrence & Haug LLP <br> 745 Fifth Avenue <br> New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire <br> The Bayard Firm <br> 222 Delaware Avenue <br> Suite 900 <br> Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |

Mary W. Bourke, Esquire  
Connolly Bove Lodge & Hutz LLP  
The Nermours Building  
1007 North Orange Street  
Wilmington, DE  19801  

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)  
Rodger D. Smith II (#3778)  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, DE  19899-1347  
(302) 658-9200  
rsmith@mnat.com  

*Attorneys for Plaintiffs*  
  *Purdue Pharma Products L.P.*  
  *and Napp Pharmaceutical Group Ltd.*

*Of Counsel*:

Robert J. Goldman  
ROPES & GRAY LLP  
525 University Avenue  
Suite 300  
Palo Alto, California  94301  
(650) 617-4000  

Richard A. Inz  
Sona De  
ROPES & GRAY LLP  
1211 Avenue of the Americas  
New York, New York  10036  
(212) 596-9000  

June 10, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>Richards, Layton & Finger, P.A.
>
>Richard D. Kirk, Esquire
>The Bayard Firm
>
>Mary W. Bourke, Esquire
>Connolly Bove Lodge & Hutz LLP

I further certify that I caused to be served copies of the foregoing document on June 10, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Mary W. Bourke, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nermours Building<br>1007 North Orange Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)