IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC., <br><br>　　　　　Plaintiffs/Counterclaim Defendants, <br><br>　　v. <br><br>PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br>　　　　　Defendants/Counterclaim Plaintiffs. | C.A. No. 07-255 (JJF) <br> (CONSOLIDATED) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Objections to Par Pharmaceutical, Inc.'s and Par Pharmaceutical Companies, Inc.'s Amended Notice of Deposition Under Rule 30(B)(6) to Napp Pharmaceutical Group Ltd.* were caused to be served on June 19, 2008, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801

Edgar H. Haug, Esquire　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Robert E. Colletti, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

Richard D. Kirk, Esquire                                    *VIA ELECTRONIC MAIL*
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801


Mary W. Bourke, Esquire                                     *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
The Nermours Building
1007 North Orange Street
Wilmington, DE  19801


                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Rodger D. Smith II*
                                        _____
                                        Jack B. Blumenfeld (#1014)
                                        Rodger D. Smith II (#3778)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899-1347
                                        (302) 658-9200
                                        jblumenfeld@mnat.com
                                        rsmith@mnat.com

OF COUNSEL:                                *Attorneys for Plaintiffs*
                                             *Purdue Pharma Products L.P.*
Robert J. Goldman                         *and Napp Pharmaceutical Group Ltd.*
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

Sona De
Richard A. Inz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000


June 19, 2008

980826

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Richard D. Kirk, Esquire
>BAYARD, P.A.
>
>Mary W. Bourke, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on June 19, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Mary W. Bourke, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nermours Building<br>1007 North Orange Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |

>*/s/ Rodger D. Smith II*
>_____
>Rodger D. Smith II  (#3778)