IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS, L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL SRL, and ORTHO-MCNEIL, INC.,<br><br>      Plaintiff,<br><br> v.<br><br>PAR PHARMACEUTICAL, INC., and PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>      Defendants. | Civil Action No. 07-255-JJF<br>Civil Action No. 07-414-JJF<br>Civil Action No. 07-666-JJF |

## STIPULATION AND ORDER AMENDING THE STIPULATED PROTECTIVE ORDER

THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the Court, that the Stipulated Protective Order (D.I. 41, 42) is amended in the following respects, and those only:

(1) Paragraph 5(b)(i) is amended by adding as an additional outside counsel of record for Biovail the following:

 McDonnell Boehnen Hulbert & Berghoff, LLP
 300 South Wacker Drive
 Chicago, Illinois 60606

(2) Paragraph 5(c)(ii) is amended by removing the sentence "Biovail's attorney is Charles R. Krikorian (Vice President and Senior Legal Counsel)." and replacing it with the sentence "Biovail's attorney is Seana R. Carson (Director, Litigation)."

June 24, 2008

| | |
|---|---|
| *Attorneys for Plaintiffs Purdue Pharma Products L.P. and Napp Pharmaceutical Group Ltd.* | *Attorneys for Defendants Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc.* |

MORRIS, NICHOLS, ARSHT & TUNNEL LLP

/s/ Rodger D. Smith (rs3778)
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
rsmith@mnat.com
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200

RICHARDS, LAYTON & FINGER, P.A.

/s/ Steven J. Fineman (sf4025)
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
One Rodney Square
Wilmington, Delaware 19899
(302) 651-7700

*Attorneys for Plaintiff Ortho-McNeil, Inc.*

CONNOLLY BOVE LODGE & HUTZ, LLP

/s/ Mary W. Bourke (mb2356)
Mary W. Bourke (#2356)
MBourke@cblh.com
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiff Biovail Laboratories International, SRL*

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
rkirk@bayardlaw.com
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
(302) 655-5000

SO ORDERED this ___ day of _____, 2008.

_____
Joseph J. Farnan
United States District Court Judge