# SEITZ, VAN OGTROP & GREEN, P.A.
ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial: (302) 888-7603
Writer's E-Mail Address: jgreen@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

June 27, 2008

**_VIA CM/ECF & HAND DELIVERY_**

The Hon. Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

      Re:   *PURDUE PHARMA PRODUCTS L.P., et al. v.*
              *PAR PHARMACEUTICAL, INC., et al.*
              District Court, C.A. No. 07-255 JFF

Dear Judge Farnan:

    Please be advised that Grünenthal's Reply To Par's Opposition To Motion To Quash Subpoena was filed yesterday.

    The Motion was noticed for July 11, 2008 at 11:00 a.m. Grünenthal is content to have the Court consider the Motion on the papers, and, unless the Court desires to hear oral argument, we hereby withdraw the Notice of presentation of the Motion on July 11, 2008.

    Please do not hesitate to contact me if Your Honor has any questions.

                              Respectfully,

                              JAMES S. GREEN, SR.

JSG/sp

cc: Clerk of the Court (via CM/ECF)
     All Counsel of Record (via CM/ECF)