

Frederick L. Cottrell, III
302-651-7509
Parkins@rlf.com

June 27, 2008

**BY HAND DELIVERY AND
ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE  19801

                *Re:*    *Purdue Pharma Products L.P., et al. v. Par Pharmaceutical, Inc.,*
                      C.A. No.  07-255-JJF

Dear Judge Farnan:

      This is in response to Mr. Green's letter filed earlier today regarding canceling the July 11, 2008 oral argument on Grunenthal USA's Motion to Quash Par's subpoena in Civil Action No. 07-255 (Purdue v. Par).  Given Par's outstanding motion for issuance of a letter of request to Grunenthal GmbH and that the Court is also scheduled to hear oral argument on Par's motion to compel (D.I. 152) on July 11, Par requests that the oral argument proceed as currently scheduled.  Oral argument will allow counsel to fully explain Grunenthal's role in the development of extended release tramadol, and the significance of such information to the issues in this case.  Moreover, the Court will be fully apprised of the status of the case as we head toward a November, 2008 trial.

                                                  Respectfully,

                                                  /s/ Frederick L. Cottrell, III

                                                  Frederick L. Cottrell, III (#2555)

FLC/lll

cc:    James S. Green, Esquire (By CM/ECF)
        Jack B. Blumenfeld, Esquire (By CM/ECF)
        Richard D. Kirk, Esquire (By CM/ECF)
        Mary W. Bourke, Esquire (By CM/ECF)
        Robert J. Goldman, Esquire (By Electronic Mail)
        Richard A. Inz, Esquire (By Electronic Mail)