IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC.,<br><br>Plaintiffs/Counterclaim-defendants,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>Defendants/Counterclaim-plaintiffs. | C.A. No. 07-255-JJF<br>(CONSOLIDATED) |

### DECLARATION OF KELLY L. BAXTER IN SUPPORT OF PLAINTIFFS' ANSWERING BRIEF ON CLAIM CONSTRUCTION

I, Kelly L. Baxter, declare as follows:

1. I am an associate at the firm of Ropes & Gray LLP. I am resident in Ropes & Gray's Palo Alto office, which is located at 525 University Avenue, Palo Alto, California 94301. Ropes & Gray is trial counsel for Plaintiffs Purdue Pharma Products L.P. ("Purdue") and Napp Pharmaceutical Group Ltd. ("Napp") in this action.

2. I make the following declaration in support of Plaintiffs' Answering Brief on Claim Construction.

3. Attached as Exhibit 1 is a true and correct copy of a May 16, 2008 letter from Robert Colletti to Robert Goldman.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: July 2, 2008

_____
KELLY L. BAXTER

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Richard D. Kirk, Esquire
>BAYARD, P.A.
>
>Mary W. Bourke, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on July 2, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Mary W. Bourke, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II  (#3778)

# EXHIBIT 1

 **FROMMER LAWRENCE & HAUG** LLP

New York
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500

www.flhlaw.com

Washington, DC
Tokyo

**Robert E. Colletti**
rcolletti@flhlaw.com

May 16, 2008

**VIA ELECTRONIC MAIL**

Robert J. Goldman, Esq.
Ropes & Gray
525 University Avenue
Suite 300
Palo Alto, CA 94301-1917

Re: *Purdue et al. v. Par Pharmaceutical et al.*
    FLH Reference No. 540572-521

Dear Bob,

Pursuant to our agreed schedule to exchange claim terms that may be the subject of Markman briefing, we provide the following:

1. suitable for dosing every 24 hours (U.S. Pat. No. 6,254,887, claims 1, 13, 19);

2. controlled release coating (U.S. Pat. No. 6,254,887, claims 1, 13, 19, 27, 29, 31; U.S. Pat. No. 7,074,430, claims 1, 3, 5);

3. therapeutic effect (U.S. Pat. No. 6,254,887, claims 1, 13, 19; U.S. Pat. No. 7,074,430, claim 1);

4. therapeutic effect for about 24 hours after oral administration (U.S. Pat. No. 6,254,887, claims 1, 13, 19);

5. therapeutic effect for at least about 24 hours (U.S. Pat. No. 7,074,430, claim 1);

6. matrix (U.S. Pat. No. 7,074,430, claim 1).

Robert J. Goldman, Esq.
May 16, 2008
Page 2

Defendants reserve the right to add further claim terms that may require construction in view of ongoing discovery in this action.

Sincerely,

*Robert E. Colletti*
Robert E. Colletti

cc: Richard D. Kirk, Esq.
     Mary Bourke, Esq.
     Frederick L. Cottrell, Esq.