IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., <br> NAPP PHARMACEUTICAL GROUP LTD., <br> BIOVAIL LABORATORIES INTERNATIONAL <br> SRL, and ORTHO-MCNEIL, INC. <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR <br> PHARMACEUTICAL COMPANIES, INC. <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : Case Number: 07-255-JJF <br> : <br> : <br> : <br> : <br> : <br> : |

## MOTION AND ORDER FOR ADMISSION

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for admission *pro hac vice* of Dale H. Hoscheit, Esquire to represent Grünenthal, USA, Inc., in this matter.

Respectfully Submitted,

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ James S. Green, Sr.
JAMES S. GREEN, SR., ESQ. (DE0481)
jgreen@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
 Attorneys for Grünenthal, USA, Inc.

Date: July 8, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____     _____
                     United States District Judge

65801 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the District of Columbia, Bar No. 061580, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

Dale H. Hoscheit
Banner & Witcoff, Ltd.
1100 13th Street, N.W.
Suite 1200
Washington, D.C. 20005-4051
(202) 824-3000

Dated: July 8, 2008