# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 fax
rsmith@mnat.com

July 8, 2008

BY E-FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    *Purdue Pharma Products L.P. et al. v. Par Pharmaceutical, Inc. et al.*, C.A. Nos. 07-255-JJF

Dear Judge Farnan:

      I am writing on behalf of plaintiffs Purdue Pharma Products L.P. ("Purdue") and Napp Pharmaceutical Group Ltd. ("Napp") concerning their Opposition to Defendants' Motion to Compel Production of Certain Discovery and Amend Scheduling Order (the "Opposition") (D.I. 176) and the supporting Declaration of Sona De (the "Declaration") (D.I. 177), which were filed on June 30, 2008.

      The Opposition and Declaration as filed contained a typographical error. Paragraph 27 of the Declaration incorrectly stated that the recalled documents amounted to approximately 65,000 pages. It should have said 6500 pages. This same error was carried over into the Opposition at pages 12 and 19. We have today filed a Corrected Opposition and a Corrected Declaration. We apologize for any confusion created by this typographical error.

      Respectfully,

      */s/ Rodger D. Smith II*

      Rodger D. Smith II (#3778)

The Honorable Joseph J. Farnan, Jr.
July 8, 2008
Page 2

cc:    Clerk of the Court (By E-Filing)
       Frederick L. Cottrell III, Esquire (By E-Filing)
       Robert E. Colletti, Esquire (By E-Mail)
       Richard D. Kirk, Esquire (By E-Mail)
       Mary W. Bourke, Esquire (By E-Mail)

2402174