# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

July 23, 2008

Ms. Deborah Krett                                                    *VIA ELECTRONIC FILING*
Case Manager
United States District Court
844 North King Street, Lockbox 10
Wilmington, Delaware  19801

Re:    Request For Permission to Have Computer Equipment in Courtroom 4B
       for *Markman* hearing in the matter of *Purdue Pharma Products L.P. et al.*
       *v. Par Pharmaceuticals, Inc. et al.*, C.A. No. 07-255-JJF

Dear Ms. Krett:

We are scheduled to appear for a *Markman* hearing in Courtroom 4B on August 1, 2008, and request permission to bring laptop computers, a screen, projector, Elmo, switch box and cables into the courtroom to assist with the presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Respectfully,

Rodger D. Smith II (#3778)

RDS/nlm
cc:    David Thomas, United States Marshal (Via Hand Delivery)
       Keith Ash, Chief Court Security Officer (Via Hand Delivery)
       Frederick L. Cottrell III, Esquire (Via Electronic Mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
PERMISSION FOR COUNSEL TO
POSSESS AND UTILIZE A LAPTOP
COMPUTER DURING COURT
PROCEEDINGS IN COURTROOM 4B
OF THE J. CALEB BOGGS FEDERAL
BUILDING

)
)
)
)
)
)
)
)
)
)

C.A. 07-255 (JJF)

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs

Federal Courthouse, for use in Courtroom 4B, laptop computers, a screen, projector, elmo,

switch box and cables for proceedings on August 1, 2008.  Counsel shall comply with the

inspection provisions of the United States Marshal.

Dave Lacombe
David Kelley
Itala Murphy

_____
DATE

_____
JOSEPH J. FARNAN, JR.
United States District Court Judge