## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PURDUE PHARMA PRODUCTS L.P., NAPP )
PHARMACEUTICAL GROUP LTD., BIOVAIL )
LABORATORIES INTERNATIONAL SRL, and )
ORTHO-MCNEIL, INC., )
                                    )    C.A. No. 07-255-JJF
          Plaintiffs, )
                                    )
v. )
                                      )
PAR PHARMACEUTICAL, INC. and PAR )
PHARMACEUTICAL COMPANIES, INC., )
                                      )
          Defendants. )

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

      Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Daniel G. Brown of Wilson Sonsini Goodrich & Rosati PC, 1301 Avenue of the

Americas, 40th Floor, New York, NY 10019, to represent Defendants Par Pharmaceutical, Inc.

and Par Pharmaceutical Companies, Inc. in this matter.

                            */s/ Frederick L. Cottrell, III*
                            Frederick L. Cottrell, III (#2555)
                            Steven J. Fineman (#4025)
                            Richards, Layton & Finger PA
                            One Rodney Square
                            P.O. Box 551
                            Wilmington, Delaware 19801
                            (302) 651-7700
                            cottrell@rlf.com
                            fineman@rlf.com
Dated: July 24, 2008                      Attorneys for Defendants

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted

on this _____ day of _____, 2008.

_____
United States District Judge

RLF1-3305642-1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Daniel G. Brown
Wilson Sonsini Goodrich & Rosati, PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

Dated: July 24, 2008

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Mary W. Bourke, Esquire
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on July 24, 2008, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

Robert J. Goldman, Esquire
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, California 94310

Herbert F. Schwartz
Richard A. Inz
Sona De
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com

4

RLF1-3305642-1