**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SLR, and ORTHO-MCNEIL, INC.,<br>    Plaintiffs,<br><br>              v.<br><br>PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC.,<br>    Defendants. | C.A. No. 07-255-JJF |

**STIPULATION AND ORDER AMENDING
THE STIPULATED PROTECTIVE ORDER**

THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the Court, that the Stipulated Protective Order (D.I. 41, 42) is amended in the following respects, and those only:

(1) Paragraph 5(c)(ii) is amended by removing the sentence "Ortho's attorneys are Harman Avery Grossman (Assistant General Counsel) and Theodore B. Van Itallie, Jr. (Associate General Counsel)." and replacing it with the sentence "Ortho's attorneys are Jennifer Reda (Senior Counsel), Eric Harris (Assistant General Counsel), and Theodore B. Van Itallie, Jr. (Associate General Counsel)."

Dated: July 24, 2008

| | |
|---|---|
| *Attorneys for Plaintiffs Purdue Pharma Products L.P. and Napp Pharmaceutical Group Ltd.* | *Attorneys for Defendants Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc.* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith (rs3778)
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Rodger D. Smith, II (#3778)
rsmith@mnat.com
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200

RICHARDS, LAYTON & FINGER, P.A.

/s/ Steven J. Fineman (sf4025)
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
One Rodney Square
Wilmington, DE  19899
(302) 651-7700

*Attorneys for Plaintiff Ortho-McNeil, Inc.*

CONNOLLY BOVE LODGE & HUTZ, LLP

/s/ Mary W. Bourke (mb2356)
Mary W. Bourke (#2356)
MBourke@cblh.com
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 658-9141

*Attorneys for Plaintiff Biovail Laboratories International, SRL*

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
rkirk@bayardlaw.com
222 Delaware Avenue, Suite 900
Wilmington, DE  19899-5130
(302) 655-5000

SO ORDERED this ___ day of _____, 2008.

_____
Joseph J. Farnan
United States District Court Judge

624135                                                  2