IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                              )
PERMISSION FOR COUNSEL TO                           )
POSSESS AND UTILIZE A LAPTOP                        )   C.A. 07-255 (JJF)
COMPUTER DURING COURT                               )
PROCEEDINGS IN COURTROOM 4B                         )
OF THE J. CALEB BOGGS FEDERAL                       )
BUILDING                                            )
                                                    )

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers, a screen, projector, elmo, switch box and cables for proceedings on August 1, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

                        Dave Lacombe
                        David Kelley
                        Itala Murphy

_July 25, 2008_                               _/s/ Joseph J. Farnan, Jr._
DATE                                        JOSEPH J. FARNAN, JR.
                                             United States District Court Judge