UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **PURDUE PHARMA PRODUCTS L.P.,** )<br>**NAPP PHARMACEUTICAL GROUP LTD.,** )<br>**BIOVAIL LABORATORIES INTERNATIONAL,** )<br>**SLR, and ORTHO-MCNEIL, INC.,** )<br>    Plaintiffs, )<br> )<br>    v. )<br> )<br>**PAR PHARMACEUTICAL, INC.** and )<br>**PAR PHARMACEUTICAL COMPANIES, INC.,** )<br>    Defendants. )<br> ) | C.A. No. 07-255-JJF |

## NOTICE OF SERVICE

The undersigned here by certifies that copies of **PLAINTIFF ORTHO-MCNEIL'S EXPERT REPORT OF MICHAEL FANFARILLO, B.SC., D.PHIL. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A); EXPERT REPORT OF WARREN A. KATZ, M.D., FACP, FACR PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A); and DECLARATION OF LAWRENCE J. CARROLL, PH.D.** were caused to be served on July 25, 2008 via electronic mail:

1

| | |
|---|---|
| Edgar H. Haug<br>Robert E. Colletti<br>**Frommer Lawrence & Haug LLP**<br>745 Fifth Avenue<br>New York, New York 10121<br>ehaug@flhlaw.com<br>rcolletti@flhlaw.com<br><br>Frederick L. Cottrell, III<br>Steve J. Fineman<br>**Richards, Layton & Finger**<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Cottrell@rlf.com<br>fineman@rlf.com<br><br>Richard A. Inz<br>Sona De<br>**Ropes & Gray LLP**<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Richard.inz@ropesgray.com<br>Sona.de@ropesgray.com<br><br>Daniel G. Brown<br>**Wilson Sonsini Goodrich & Rosati PC**<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>dbrown@wsgr.com | Jack B. Blumenfeld<br>Rodger D. Smith II<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>Robert J. Goldman<br>**Ropes & Gray LLP**<br>525 University Avenue, Suite 300<br>Palo Alto, California 94310<br>Robert.goldman@ropesgray.com<br><br>Richard D. Kirk, Esquire<br>**Bayard, P.A.**<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com<br><br>Paul S. Tully<br>Aaron F. Barkoff<br>**McDonnell Boehnen Hulbert & Berghoff LLP**<br>300 South Wacker Drive<br>Chicago, Illinois 60606<br>tully@mbhb.com<br>barkoff@mbhb.com |

Respectfully submitted,

By: */s/ Mary W. Bourke*
    Mary W. Bourke (#2356)
    CONNOLLY BOVE LODGE & HUTZ, LLP
    1007 North Orange Street
    Wilmington, DE  19801
    (302)658-9141
    *Attorneys for Plaintiff Ortho-McNeil, Inc.*

DATED: July 28, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the following:

| | |
|---|---|
| Frederick L. Cottrell, III<br>Steven J. Fineman<br>**Richards, Layton & Finger, P.A.** | Robert E. Colletti<br>Edgar H. Haug<br>**Frommer Lawrence & Haug LLP** |
| Richard D. Kirk, Esquire<br>**Bayard P.A.** | Rodger D. Smith II<br>**Morris, Nichols, Arsht & Tunnell LLP** |
| Aaron F. Barkoff<br>**McDonnell Boehnen Hulbert & Berghoff LLP** | |

I further certify that I caused to be served copies of the foregoing document on July 28, 2008, via electronic mail:

| | |
|---|---|
| Edgar H. Haug<br>Robert E. Colletti<br>**Frommer Lawrence & Haug LLP**<br>745 Fifth Avenue<br>New York, New York 10121<br>ehaug@flhlaw.com<br>rcolletti@flhlaw.com<br><br>Frederick L. Cottrell, III<br>Steve J. Fineman<br>**Richards, Layton & Finger**<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Cottrell@rlf.com<br>fineman@rlf.com<br><br>Richard A. Inz<br>Sona De<br>**Ropes & Gray LLP**<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Richard.inz@ropesgray.com<br>Sona.de@ropesgray.com<br><br>Daniel G. Brown<br>**Wilson Sonsini Goodrich & Rosati PC**<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>dbrown@wsgr.com | Jack B. Blumenfeld<br>Rodger D. Smith II<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>Robert J. Goldman<br>**Ropes & Gray LLP**<br>525 University Avenue, Suite 300<br>Palo Alto, California 94310<br>Robert.goldman@ropesgray.com<br><br>Richard D. Kirk, Esquire<br>**Bayard, P.A.**<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com<br><br>Paul S. Tully<br>Aaron F. Barkoff<br>**McDonnell Boehnen Hulbert & Berghoff LLP**<br>300 South Wacker Drive<br>Chicago, Illinois 60606<br>tully@mbhb.com<br>barkoff@mbhb.com |

July 28, 2008

By: */s/ Mary W. Bourke*
Mary W. Bourke
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801
(302)658-9141
*mbourke@cblh.com*