IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., <br> NAPP PHARMACEUTICAL GROUP LTD., <br> BIOVAIL LABORATORIES INTERNATIONAL, <br> SLR, and ORTHO-MCNEIL, INC., <br>     Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and <br> PAR PHARMACEUTICAL COMPANIES, INC., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No.07-255-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER AMENDING**
**THE STIPULATED PROTECTIVE ORDER**

THE PARTIES HERETO STIPULATE AND AGREE,s ubject to the approval of the Court,t hat the Stipulated Protective Order (D.I.4 1, 42) is amended in the following respects, and those only:

(1) Paragraph 5(c)(ii) is amended by removing the sentence "Ortho's attorneys are Harman Avery Grossman (AssistantG eneral Counsel) and Theodore B. Van Itallie, Jr. (Associate General Counsel)." and replacing itw ith the sentence "Ortho's attorneys are Jennifer Reda (Senior Counsel), Eric Harris (AssistantG eneral Counsel), and Theodore B. Van Itallie, Jr. (Associate General Counsel)."

Dated: July 24, 2008

*Attorneys for Plaintiffs Purdue Pharma Products L.P. and Napp Pharmaceutical Group Ltd.*

MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

/s/ Rodger D.S mith (rs3778)
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Rodger D. Smith, II (#3778)
rsmith@mnat.com
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200

*Attorneys for Plaintiff Ortho-McNeil,I nc.*

CONNOLLY BOVE LODGE
& HUTZ, LLP

/s/ Mary W. Bourke (mb2356)
Mary W. Bourke (#2356)
MBourke@cblh.com
1007 N. Orange Street
P.O.B ox 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiff BiovailL aboratories International, SRL*

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
rkirk@bayardlaw.com
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
(302) 655-5000

*Attorneys for Defendants Par Pharmaceutical Companies,I nc.an d Par Pharmaceutical,I nc.*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Steven J. Fineman (sf4025)
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
One Rodney Square
Wilmington, DE 19899
(302) 651-7700

SO ORDERED this 29 day of July, 2008.

_____
Joseph J. Farnan JR
United States DistrictC ourt Judge

624135         2