IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | C.A. No. 07-255 (JJF) <br> (CONSOLIDATED) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, subject to the approval of the Court, as follows:

1. The date for plaintiffs to serve an expert report of a patent law expert in response to the Expert Report Of Harry F. Manbeck, Jr. is extended until August 26, 2008; and

2. The date for defendants to file their Answering Brief in opposition to Plaintiffs' Motion To Strike Defendants' Expert Report Of Harry F. Manbeck, Jr. (D.I. 200) is extended until August 28, 2008.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Rodger D. Smith II* | */s/ Steven J. Fineman* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| Rodger D. Smith II (#3778) | Steven J. Fineman (#4025) |
| 1201 N. Market Street | One Rodney Square |
| Wilmington, DE  19899-1347 | Wilmington, Delaware 19899 |
| (302) 658-9200 | (302) 651-7700 |
| jblumenfeld@mnat.com | cottrell@rlf.com |
| rsmith@mnat.com | fineman@rlf.com |
| *Attorneys for Plaintiffs*<br>  *Purdue Pharma Products L.P.*<br>  *and Napp Pharmaceutical Group Ltd.* | *Attorneys for Defendants*<br>  *Par Pharmaceutical Companies, Inc.*<br>  *and Par Pharmaceutical, Inc.* |

BAYARD P.A.

*/s/ Richard D. Kirk*

_____
Richard D. Kirk (#922)
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
rkirk@bayardfirm.com
*Attorneys for Plaintiff*
  *Biovail Laboratories International SRL*

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Mary W. Bourke*

_____
Mary W. Bourke (#2356)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
mbourke@cblh.com
*Attorneys for Plaintiff*
  *Ortho-McNeil, Inc.*

SO ORDERED this __ day of _____, 2008.

_____
Judge Joseph J. Farnan
United States District Court Judge

2458163