IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | C.A. No. 07-255 (JJF) <br> (CONSOLIDATED) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, subject to the approval of the Court, as follows:

1. Plaintiffs withdraw their Motion To Strike Defendants' Expert Report Of Harry F. Manbeck, Jr. ("Motion To Strike") (D.I. 200).

2. Defendants agree not to call Mr. Manbeck to testify at trial, not to offer his expert report into evidence, or otherwise offer testimony relying on his expert report at trial for the truth of the matters asserted therein. Defendants may refer to or rely on Mr. Manbeck's report in their discovery responses and in statements and documents filed with the Court for the purpose of attempting to establish compliance with discovery obligations and/or the timing of Defendants' disclosure of their contentions and bases therefor to Plaintiffs.

3. Plaintiffs similarly agree not to call a legal or other "patent law" expert to testify at trial, not to offer an expert report of such an expert into evidence or offer testimony relying on such an expert report at trial for the truth of the matters asserted therein, or offer an expert opinion on the issue of intent to deceive, at trial. Plaintiffs reserve the right to object to the timeliness or sufficiency of Defendants' disclosure of their contentions and bases therefor.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Steven J. Fineman* |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| Rodger D. Smith II (#3778) | Steven J. Fineman (#4025) |
| 1201 N. Market Street | One Rodney Square |
| Wilmington, DE 19899-1347 | Wilmington, Delaware 19899 |
| (302) 658-9200 | (302) 651-7700 |
| jblumenfeld@mnat.com | cottrell@rlf.com |
| rsmith@mnat.com | fineman@rlf.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| *Purdue Pharma Products L.P.* | *Par Pharmaceutical Companies, Inc.* |
| *and Napp Pharmaceutical Group Ltd.* | *and Par Pharmaceutical, Inc.* |

BAYARD P.A.

*/s/ Richard D. Kirk*

Richard D. Kirk (#922)
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
rkirk@bayardfirm.com
*Attorneys for Plaintiff*
  *Biovail Laboratories International SRL*

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Mary W. Bourke*
_____
Mary W. Bourke (#2356)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
mbourke@cblh.com
*Attorneys for Plaintiff*
  *Ortho-McNeil, Inc.*

                              SO ORDERED this __ day of _____, 2008.

                              _____
                              Judge Joseph J. Farnan
                              United States District Court Judge

2457275