IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants/Counterclaim Plaintiffs. | C.A. No. 07-255 (JJF) <br> (CONSOLIDATED) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Rebuttal Expert Report of Dr. Martyn C. Davies* were caused to be served on August 25, 2008, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                                    *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801

Edgar H. Haug, Esquire                                                 *VIA ELECTRONIC MAIL*
Robert E. Colletti, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

Paul S. Tully, Ph.D., Esquire  *VIA ELECTRONIC MAIL*
MCDONNELL BOEHNEN HULBERT
  & BERGHOFF LLP
300 South Wacker Drive
Chicago, IL  60606

Richard D. Kirk, Esquire  *VIA ELECTRONIC MAIL*
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Mary W. Bourke, Esquire  *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
The Nermours Building
1007 North Orange Street
Wilmington, DE  19801

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II*
        _____
OF COUNSEL:        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
Robert J. Goldman        1201 North Market Street
ROPES & GRAY LLP        P.O. Box 1347
525 University Avenue        Wilmington, DE  19899-1347
Suite 300        (302) 658-9200
Palo Alto, CA  94301        jblumenfeld@mnat.com
(650) 617-4000        rsmith@mnat.com

Sona De        *Attorneys for Plaintiffs*
Richard A. Inz         *Purdue Pharma Products L.P.*
ROPES & GRAY LLP         *and Napp Pharmaceutical Group Ltd.*
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

August 25, 2008
980826

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Richard D. Kirk, Esquire
>BAYARD, P.A.
>
>Mary W. Bourke, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on August 25, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| Paul S. Tully, Ph.D., Esquire<br>MCDONNELL BOEHNEN HULBERT<br>  & BERGHOFF LLP<br>300 South Wacker Drive<br>Chicago, IL  60606 | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |

Mary W. Bourke, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

*VIA ELECTRONIC MAIL*

*/s/ Rodger D. Smith II*

Rodger D. Smith II  (#3778)

2