UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **PURDUE PHARMA PRODUCTS L.P.,**<br>**NAPP PHARMACEUTICAL GROUP LTD.,**<br>**BIOVAIL LABORATORIES INTERNATIONAL,**<br>**SLR, and ORTHO-MCNEIL, INC.,**<br>    Plaintiffs,<br><br>        v.<br><br>**PAR PHARMACEUTICAL, INC. and**<br>**PAR PHARMACEUTICAL COMPANIES, INC.,**<br>    Defendants. | C.A. No. 07-255-JJF |

## NOTICE OF SERVICE

The undersigned here by certifies that copies of **REBUTTAL EXPERT REPORT OF PETER M. M. RAE, Ph.D.; REBUTTAL EXPERT REPORT OF WARREN A. KATZ, M.D., FACP, FACR PLURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a); and EXPERT REPORT OF CHRISTOPHER J. BOKHART** were caused to be served on August 22, 2008 via electronic mail to the following counsel:

1

| | |
|---|---|
| Edgar H. Haug<br>Robert E. Colletti<br>**Frommer Lawrence & Haug LLP**<br>745 Fifth Avenue<br>New York, New York 10121<br>ehaug@flhlaw.com<br>rcolletti@flhlaw.com<br><br>Frederick L. Cottrell, III<br>Steve J. Fineman<br>**Richards, Layton & Finger**<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Cottrell@rlf.com<br>fineman@rlf.com<br><br>Richard A. Inz<br>Sona De<br>**Ropes & Gray LLP**<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Richard.inz@ropesgray.com<br>Sona.de@ropesgray.com<br><br>Daniel G. Brown<br>**Wilson Sonsini Goodrich & Rosati PC**<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>dgbrown@wsgr.com | Jack B. Blumenfeld<br>Rodger D. Smith II<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>Robert J. Goldman<br>**Ropes & Gray LLP**<br>525 University Avenue, Suite 300<br>Palo Alto, California 94310<br>Robert.goldman@ropesgray.com<br><br>Richard D. Kirk, Esquire<br>**Bayard, P.A.**<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com<br><br>Paul S. Tully<br>Aaron F. Barkoff<br>**McDonnell Boehnen Hulbert & Berghoff LLP**<br>300 South Wacker Drive<br>Chicago, Illinois 60606<br>tully@mbhb.com<br>barkoff@mbhb.com |

                                              Respectfully submitted,

                                              By: */s/ Mary W. Bourke*
                                                  Mary W. Bourke (#2356)
                                                  CONNOLLY BOVE LODGE & HUTZ, LLP
                                                  1007 North Orange Street
                                                  Wilmington, DE  19801
                                                  (302)658-9141
                                               *Attorneys for Plaintiff Ortho-McNeil, Inc.*

DATED: August 26, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the following:

| | |
|---|---|
| Frederick L. Cottrell, III<br>Steven J. Fineman<br>**Richards, Layton & Finger, P.A.** | Robert E. Colletti<br>Edgar H. Haug<br>**Frommer Lawrence & Haug LLP** |
| Richard D. Kirk, Esquire<br>**Bayard P.A.** | Rodger D. Smith II<br>**Morris, Nichols, Arsht & Tunnell LLP** |
| Aaron F. Barkoff<br>**McDonnell Boehnen Hulbert & Berghoff LLP** | |

I further certify that I caused to be served copies of the foregoing document on August 26, 2008, via electronic mail:

| | |
|---|---|
| Edgar H. Haug<br>Robert E. Colletti<br>**Frommer Lawrence & Haug LLP**<br>745 Fifth Avenue<br>New York, New York 10121<br>ehaug@flhlaw.com<br>rcolletti@flhlaw.com<br><br>Frederick L. Cottrell, III<br>Steve J. Fineman<br>**Richards, Layton & Finger**<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Cottrell@rlf.com<br>fineman@rlf.com<br><br>Richard A. Inz<br>Sona De<br>**Ropes & Gray LLP**<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Richard.inz@ropesgray.com<br>Sona.de@ropesgray.com<br><br>Daniel G. Brown<br>**Wilson Sonsini Goodrich & Rosati PC**<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>dgbrown@wsgr.com | Jack B. Blumenfeld<br>Rodger D. Smith II<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>Robert J. Goldman<br>**Ropes & Gray LLP**<br>525 University Avenue, Suite 300<br>Palo Alto, California 94310<br>Robert.goldman@ropesgray.com<br><br>Richard D. Kirk, Esquire<br>**Bayard, P.A.**<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com<br><br>Paul S. Tully<br>Aaron F. Barkoff<br>**McDonnell Boehnen Hulbert & Berghoff LLP**<br>300 South Wacker Drive<br>Chicago, Illinois 60606<br>tully@mbhb.com<br>barkoff@mbhb.com |

By: */s/ Mary W. Bourke*  
Mary W. Bourke  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
Wilmington, DE 19801  
(302)658-9141  
*mbourke@cblh.com*